**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   **Sensitive Home Inc.**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   __ __ – **85-0971335** __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   **336 Bon Air Center #515**
   **Greenbrae, CA 94904**

   **Marin County**

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City          State    ZIP Code

5. **Debtor's website** (URL)

   **sensitivehome.com**

Debtor  **Sensitive Home Inc.**                                    Case number *(if known)*_____
        Name

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ 3256 ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **Sensitive Home, Inc.** _____    Case number *(if known)* _____
              Name

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.   District _____ When _____ Case number _____<br>                                      MM / DD / YYYY<br>           District _____ When _____ Case number _____<br>                                      MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.   Debtor _____ Relationship _____<br>           District _____ When _____<br>                                          MM / DD / YYYY<br>           Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                               Number       Street<br>                _____<br>                _____ _____<br>                City                          State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

     ███     **Statistical and administrative information**

| Debtor | Sensitive Home  Inc. | Case number *(if known)* |
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/9/22_____
                         MM / DD  / YYYY

DocuSigned by:

☒ _____          STUART DAWSON CHRISP
19A3BA128F7A421
Signature of authorized representative of debtor          Printed name

Title _____Director_____

---

Debtor    **Sensitive Home  Inc.**
_____    Case number (*if known*)_____
Name

**18. Signature of attorney**        ✗    /s/ Mark M. Billion        Date    _____
_____
Signature of attorney for debtor            MM   / DD / YYYY


**Mark M. Billion (DE Bar #5263)**
**1073 S. Governors Ave.**
**Dover, DE 19904**
**302.428.9400**
**markbillion@billionlaw.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Sensitive Home Inc.,[1] | : | Case No. {{__}} |
| | : | |
| Debtor. | : | |

## VERIFICATION OF THE CREDITORS MATRIX

Exhibit A hereto represents a true and accurate listing of the creditors set forth in this case to the best of my information and belief.

11/9/22

_____
STUART DAWSON CHR:

---

[1] The Debtor's tax identification number is 85–0971335. The Debtor's mailing address is 336 Bon Air Center #515; Greenbrae, CA 94904.

**EXHIBIT A**

Dave Chambers
7F Maunsell Rd
Parnell, Aucklad 1052

Grant Leach
1 Martin Ave
Remuera, Auckland 1050

Stuart Chrisp

```
Living Clean NZ Limited
PO Box 454, Shortland St.
Auckland 1140 New Zealand

Mario M. De La Guardia &
M3D Family Investments LLC
1417 Sadler Road, Suite 334
Fernadina Beach, FL 32034
```

Innovation Partners of America

D&V Philippines
22nd Floor Tower 1, One Ayala Corporate Center, Ayala Avenue
Makati City, Philippines

Hub Int'l Ins. Services, Inc (Concord)
C/O Burns & Wilcox Ins. Services
101 California Street, Ste. 975
San Francisco, CA 94111

SageWay Solutions
65 Panorama Court
Danville, CA 94506

Suzanne Sengelmann
1447 Laguna Ave
Burlingame, CA 94010

Doty Barlow Britt & Thieman LLP
260 Sheridan Avenue Suite 200
Palo Alto, CA 94306

Rob Lowe

4 Marisol Street
Rancho Mission Viejo, CA 92694

Datapak Services Corporation
1000 Austin Court
Howell, MI 48843

Roberta Greenspan
2602 Newlands Ave
Belmont, CA 94002

Greg van Buskirk
65 Panorama Court
Danville, CA 94506

Dynamic Presence LLC
12 Executive Court
South Barrington, IL 60010

iD Commerce + Logistics
27 Main Street Unit C 303B
Edwards, CO 81632

Brian Lynch
4456 Jean Lane
Fayetteville, AR 72704

National Psoriasis Foundation
6600 SW 92nd Avenue, Suite 300
Portland, OR 97223

Michele Hall
5300 Mercer Street number 10
Houston, TX 77005

NSF International
Dept. Lockbox 77138
PO Box 77000, Detroit, MI

Double D Warehouse
4800 INDUSTRIAL BLVD
Peru, IL 61354

Sherri Smith
665 Manhattan Drive Unit 4
Boulder, CO 80303

Innovation Liberation Front
56A Jellicoe Drive
Hamilton, Hamilton New Zealand

Current Haus
412 N. Main Street, Ste 100
Buffalo, WY 82834

EPA Marketing LLC
1621 Central Avenue
Cheyenne, WY 82001

Geetha Solheim Consulting LLC
2956 Carlsen Street
Oakland, CA 94602

The Creative Pack, LLC
1721 Artesia Blvd, Suite D
Manhattan Beach, CA 90266

Red Lime Creative
1039 Overlook Road
Mendota Heights, MN 55118

Precision Label
659 Benet Road
Oceanside, CA 92058

Gary Batara
2844 Milo Way
Ramon, CA 94583

Surfergirl Inc.
92 Grove Street
New York City, NY 10014

CH Robinson
P.O. Box 9121
Minneapolis, MN 55480

National Eczema Association
505 San Marin Dr Suite B300
Novato, CA 94945

Revolution IT

774 Great South Road
Penrose, Auckland 1061 New Zealand

Propac
83 Vivian Drive
Livermore, CA 94550

1Worldsync Inc. Department 78134
PO Box 78000
Detroit, MI 48278-1341

Moore & Van Allen PLLC
100 N. Tryon StreeT, Suite 4700
Charlotte, NC

D&V Philippines Outsourcing Inc.
6766 Ayala Avenue 23rd Floor, Tower 2, The Enterprise Center
Makati, Philippines

The Data Council LLC
15310 Barranca Parkway
Irvine, CA 92618

Kuda Express
Corp 40577 Albrea St, Suite E
Fremont, CA 94538

Allison McCraner
15208 Washington Street
Tustin, CA 92782

WinMark Business Solutions Outsourcing, LLC
5523 Chester Gate Ct
Mason, OH 45040

Brex
12832 Frontrunner Blvd, Suite 500
Draper, UT 84020

Suzanne Sengelmann
1447 Laguna Ave
Burlingame, CA 94010

Roberta Greenspan
2602 Newlands Ave
Belmont, CA 94002

Michele Hall
5300 Mercer Street number 10
Houston, TX 77005

Renaker Hasselman Scott LLP
235 Montgomery St #944
San Francisco, CA 94104

Timothy Fafinski
Corporate Counsel PA
3411 Brei Kessel

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:                                    )
    Sensitive Home Inc.,[1]                )        _____-___ (___)
                                          )
    Debtors.                              )        Chapter 11 (Sub V)

## Corporate Ownership Statement

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and (a)(3), the Debtor states that Living Clean NZ Ltd. holds 63.3% of the outstanding shares of the Debtor.

The information with respect to  the equity holders is attached hereto as **Exhibit A**.

_____

STUART DAWSON C

---

[1] The Debtor's tax identification number is 85–0971335. The Debtor's mailing address is 336 Bon Air Center #515; Greenbrae, CA 94904.

**EXHIBIT A**

| CERT. NO. | DATE | SHAREHOLDER | NO. OF SHARES | ADDRESS |
|---|---|---|---|---|
| **COMMON SHARES:** | | | | |
| 2 | 4/27/21 | Living Clean NZ Limited | 500,000 | PO Box 454, Shortland St.; Auckland 1140 New Zealand |
| 3 | 1/31/22 | Greg van Buskirk | 15,000 | 65 Panorama Court, Danville, CA 94506 |
| **SERIES SEED I PREFERRED SHARES:** | | | | |
| SEED I-1 | 4/29/21 | Living Clean NZ Limited | 800,000 | |

| SERIES SEED II PREFERRED SHARES: | | | | |
|---|---|---|---|---|
| SEED II-1 | 4/30/21 | Living Clean NZ Limited | 228,354 | PO Box 454, Shortland St.; Auckland 1140 New Zealand |
| SEED II-2 | 4/30/21 | James H. Grossman 2006 Revocable Trust | 5,411 | |
| SEED II-3 | 4/30/21 | Bochi Investments, LLC | 54,113 | 9087 S Canyon Gate Cir; Sandy, UT 84093 |
| **SEED II-4** | **5/18/21** | **The Lawrence Harvey Levine Living Trust dated 11/11/2008** | **54,113** | |
| **SEED II-5** | **6/8/21** | **Brykman Burman Trust dated August 2, 2006** | **5,411** | |
| SEED II-6 | 8/24/21 | M3D Family Inve | 54,113 | 1417 Sadler Road, Suite 334; Fernadina Beach, FL 32034 |

| | | | | |
|---|---|---|---|---|
| SEED II-7 | 9/2/21 | Millennium Trust Co., LLC Custodian FBO MATTHEW OREILLY Roth IRA XXXX4A4P7 | 10,822 | 2001 Spring Road, Suite 700; Oak Brook, IL 60523 |
| SEED II-8 | 9/2/21 | Living Clean NZ | 14,070 | PO Box 454, Shortland St.; Auckland 1140 New Zealand |
| SEED II-9 | 9/29/21 | Living Clean NZ Limited | 54,113 | PO Box 454, Shortland St.; Auckland 1140 New Zealand |
| SEED II-10 | 9/29/21 | M3D Family Investments, LLC | 54,113 | 1417 Sadler Road, Suite 334; Fernadina Beach, FL 32034 |
| SEED II-11 | 10/22/21 | The Jennifer J Machado Trust | 5,000 | |
| SEED II-12 | 10/22/21 | Keller Downing Family Trust | 2,706 | 165 James Ave; Atherton, CA 94027 |
| SEED II-13 | 10/22/21 | The Iris A. Fujiura Trust | 2,800 | 2675 Carisbrook Dr.; Oakland, CA 94611 |
| SEED II-14 | 11/10/21 | Bochi Investments, LLC | 43,290 | 9087 S Canyon Gate Cir; Sandy, UT 84093 |
| SEED II-15 | 12/15/21 | Nalu Investments LLC | 43,290 | 12657 S Edgecliff Rd; Portland, OR 97219 |

| | | | | |
|---|---|---|---|---|
| SEED II-16 | 12/28/21 | Mark Hernandez | 21,645 | 16 Private Rd; Mastic Beach NY 11951 |
| SEED II-17 | 1/3/22 | Michelle Gloeckler | 21,645 | 14195 Charthouse Ct.; Naples FL 34114 |
| SEED II-18 | 1/10/22 | William D. Moses | 75,758 | 1352 Foothill Rd; Ojai, CA 93023 |
| SEED II-19 | 1/10/22 | William D. Castagna | 5,411 | 910 East Aliso St., Ojai, CA 93023 |
| SEED II-20 | 1/24/22 | Ram Pasture LLC | 43,290 | 3026 44th Place NW; Washington DC 20016 |
| SEED II-21 | 3/21/22 | Millennium Trust Co., LLC Custodian FBO MATTHEW OREILLY Roth IRA XXXX4A4P7 | 10,822 | 2001 Spring Road, Suite 700; Oak Brook, IL 60523 |
| SEED II-22 | 1/31/22* | Annette Barlow | 1,082 | 260 Sheridan Avenue Suite 200; Palo Alto, CA 94306 |
| SEED II-23 | 1/31/22* | Joseph P. Thieman | 1,082 | 260 Sheridan Avenue Suite 200; Palo Alto, CA 94306 |
| **SEED II-24** | **1/31/22*** | **Robert D. Thomas** | **1,082** | |
| **SEED II-25** | **1/31/22*** | **Kathleen Saegar** | **4,330** | |

| SEED II-26 | 1/31/22* | Gregory van Buskirk | 4,870 | 65 Panorama Court, Danville, CA 94506 |
| SEED II-27 | 1/31/22* | Alastair M. Dorward | 5,411 | 27 Maple Ave; Kentfield, CA 94904 |
| SEED II-28 | 1/31/22* | Rob Lowe | 9,054 | 4 Marisol St.; Rancho Mission Viejo, CA 92694 |

**Fill in this information to identify the case:**

Debtor name    Sensitive Home Inc.

United States Bankruptcy Court for the: _____ District of **DE**
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SageWay Solutions 65 Panorama Court Danville, CA 94506 | | Novation | | | | 75,000.00 |
| 2 | Suzanne Sengelmann 1447 Laguna Ave Burlingame, CA 94010 | | Employment-related U/D | | | | 61,620.00 |
| 3 | Doty Barlow Britt & Thieman LLP 260 Sheridan Avenue Suite 200 Palo Alto, CA 94306 | | Legal Services | | | | 55,982.15 |
| 4 | Rob Lowe 4 Marisol Street Rancho Mission Viejo, CA 92694 | | Employment-related | | | | 45,766.00 |
| 5 | Datapak Services Corporation 1000 Austin Court Howell, MI 48843 | | Drop Shipping | | | | 45,661.00 |
| 6 | Roberta Greenspan 2602 Newlands Ave Belmont, CA 94002 | | Employment-related U/D | | | | 45,384.61 |
| 7 | Greg van Buskirk 65 Panorama Court Danville, CA 94506 | | Investment | | | | 31,740.00 |
| 8 | Dynamic Presence LLC 12 Executive Court South Barrington, IL 60010 | | Marketing | | | | 27,000.00 |

Debtor    **Sensitive Home Inc.**                                    Case number *(if known)*_____
                    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | iD Commerce + Logistics 27 Main Street Unit C 303B Edwards, CO 81632 | | Drop Shipping | | | | 24,151.59 |
| 10 | Brian Lynch 4456 Jean Lane Fayetteville, AR 72704 | | Employment | | | | 16,987.00 |
| 11 | National Psoriasis Foundation 6600 SW 92nd Avenue, Suite 300 Portland, OR 97223 | | | | | | 15,000.00 |
| 12 | Michele Hall 5300 Mercer Street number 10 Houston, TX 77005 | | Employment | | | | 14,781.00 |
| 13 | NSF International Dept. Lockbox 77138 PO Box 77000 Detroit, MI | | | | | | 9,425.00 |
| 14 | Double D Warehouse 4800 INDUSTRIAL BLVD Peru, IL 61354 | | Logistics | | | | 8,970.00 |
| 15 | Sherri Smith 665 Manhattan Drive Unit 4 Boulder, CO 80303 | | Employment | | | | 7,037.50 |
| 16 | Innovation Liberation Front 56A Jellicoe Drive Hamilton, Hamilton New Zealand | | | | | | 6,929.25 |
| 17 | Current Haus 412 N. Main Street, Ste 100 Buffalo, WY 82834 | | | | | | 5,940.00 |
| 18 | EPA Marketing LLC 1621 Central Avenue Cheyenne, WY 82001 | | Marketing | | | | 5,364.83 |
| 19 | Geetha Solheim Consulting LLC 2956 Carlsen Street Oakland, CA 94602 | | | | | | 5,337.50 |
| 20 | The Creative Pack, LLC 1721 Artesia Blvd, Suite D Manhattan Beach, CA 90266 | | Marketing | | | | 5,325.00 |

# UNANIMOUS WRITTEN CONSENT

# OF THE BOARD OF DIRECTORS OF

# SENSITIVE HOME INC.

The undersigned, being all of the Directors of Sensitive Home Inc., a Delaware corporation (the "Corporation"), hereby consent to and adopt the following recitals and resolutions pursuant to Section 141(f) of the General Corporation Law for the State of Delaware, and hereby direct that this Consent be filed with the minutes of the proceedings of the Board of Directors of the Corporation (the "Board"):

1.  <u>CHAPTER 11 BANKRUPTCY AND SUBCHAPTER V ELECTION.</u>

WHEREAS, the Board has considered the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the effect of the foregoing on the Corporation's business;

WHEREAS, the Board has had the opportunity to fully consider each of the strategic alternatives available to the Corporation and has determined, in its judgment, that the following resolutions are in the best interests of the Corporation and their respective creditors;

WHEREAS, the Corporation's Restated Certificate of Incorporation, as amended, Bylaws and stockholder agreements do not require any stockholder approval of an election of the Corporation to elect to file for bankruptcy;

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code, and if possible, make the subchapter V election, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") or other court of competent jurisdiction and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

RESOLVED FURTHER, that Kevin Cohen is hereby duly appointed as the Chief Restructuring Officer of the Corporation (the "Authorized Signatory"), acting alone, is authorized, empowered, and directed to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, pleadings, papers, or documents, and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of the Corporation's business. The Authorized Signatory is further hereby empowered to act on the Corporation's behalf for all matters related to the

Chapter 11 Case, including for all strategic decisions. He alone may direct counsel in this matter, subject to the Board's direction and oversight.

2.  RETENTION OF PROFESSIONALS.

RESOLVED, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ the law firm of BILLION LAW, as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations. BILLION LAW is hereby directed to take direction solely from Kevin Cohen and he is empowered to direct BILLION LAW in all matters. Each of the Authorized Signatories, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements and pay appropriate retainers necessary to retain BILLION LAW; and

RESOLVED FURTHER, that each of the Authorized Signatories, acting alone or in any combination, be, and each hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, that each of the Authorized Signatories deem necessary, appropriate, or desirable in connection with the Chapter 11 Case.

3.  GENERAL.

RESOLVED, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including, but not limited to, filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including, but not limited to, filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that the Board of the Corporation has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing

DocuSign Envelope ID: B521DD07-352D-45A1-9798-6A6E39B72DF0

resolutions, as may be required by the organizational documents of the Corporation, or hereby waives any right to have received such notice;

RESOLVED FURTHER, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, adopted, confirmed, and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board; and

RESOLVED FURTHER, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary, appropriate, or desirable in such Authorized Signatory's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated herein.

This Unanimous Written Consent shall be filed with the Minutes of the proceedings of the Board and shall have the same force and effect as a vote of the Directors.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

SHI-0168-WCB-02

This Unanimous Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Executed effective as of the latest date of execution.

Date: ___11/1/2022___.

Stuart Chrisp

Date: ___11/1/2022___.

Alastair Dorward

Date: ___11/2/2022___.

Grant Leach

SHI-0168-WCB-02

4

# Statement of Cash Flows

**Sensitive Home, Inc.**

**For the 9 months ended September 30, 2022**

| | JAN-SEP 2022 |
|---|---:|
| **Operating Activities** | |
| Receipts from customers | 218,902.34 |
| Payments to suppliers and employees | (1,474,744.47) |
| Cash receipts from other operating activities | (1,171.19) |
| Cash payments from other operating activities | 10.02 |
| **Net Cash Flows from Operating Activities** | **(1,257,003.30)** |
| **Investing Activities** | |
| Other cash items from investing activities | 29,707.17 |
| **Net Cash Flows from Investing Activities** | **29,707.17** |
| **Financing Activities** | |
| Other cash items from financing activities | 1,102,502.45 |
| **Net Cash Flows from Financing Activities** | **1,102,502.45** |
| **Net Cash Flows** | **(124,793.68)** |
| **Cash and Cash Equivalents** | |
| Cash and cash equivalents at beginning of period | 136,502.82 |
| Net cash flows | (124,793.68) |
| Cash and cash equivalents at end of period | 11,709.14 |
| **Net change in cash for period** | **(124,793.68)** |

# 2020 TAX RETURN FILING INSTRUCTIONS
## U.S. CORPORATION INCOME TAX RETURN

# FOR THE YEAR ENDING
December 31, 2020

**Prepared For:**

Sensitive Home Inc.
336 Bon Air Center, #515
Greenbrae, CA  94904

**Prepared By:**

WithumSmith+Brown, PC
601 California Street, Suite 1800
San Francisco, CA 94108

**To be Signed and Dated By:**

The appropriate corporate officer(s).

**Amount of Tax:**

| | | |
|---|---|---|
| Total tax | $ | 0 |
| Less: payments and credits | $ | 0 |
| Plus: interest and penalties | $ | 0 |
| No payment required | $ | |

**Overpayment:**

Not applicable

**Make Check Payable To:**

Not Applicable

**Mail Tax Return and Check (if applicable) To:**

This return has been prepared for electronic filing.  To have it transmitted electronically to the IRS, please sign, date, and return Form 8879-C to our office. We will then submit your electronic return.

**Return Must be Mailed on or Before:**

Return federal Form 8879-C to us by October 15, 2021.

**Special Instructions:**

# TAX RETURN FILING INSTRUCTIONS
FORM 5472 INFORMATION RETURN OF A FOREIGN-OWNED CORPORATION

## FOR THE YEAR ENDING
December 31, 2020

**Prepared For:**

Sensitive Home Inc.
336 Bon Air Center, #515
Greenbrae, CA  94904

**Prepared By:**

WithumSmith+Brown, PC
601 California Street, Suite 1800
San Francisco, CA 94108

**Mail Tax Return To:**

Not applicable

**Return Must be Mailed On or Before:**

Not applicable

**Special Instructions:**

Form 5472 has been prepared for electronic filing with the federal return.

***** THIS IS NOT A FILEABLE COPY *****

Form **8879-C**

Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year 2020, or tax year beginning  APR 21  , 2020, ending  DEC 31  , 20 20

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

**2020**

| Name of corporation | Employer identification number |
|---|---|
| SENSITIVE HOME INC. | 85-0971335 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 Total income (Form 1120, line 11) | | 1 | 171,346. |
| 2 Taxable income (Form 1120, line 30) | | 2 | −778,707. |
| 3 Total tax (Form 1120, line 31) | | 3 | |
| 4 Amount owed (Form 1120, line 35) | | 4 | |
| 5 Overpayment (Form 1120, line 36) | | 5 | |

| Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return. |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize  WITHUMSMITH+BROWN, PC  to enter my PIN  12345

ERO firm name  do not enter all zeros

as my signature on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ▶ THIS IS NOT A FILEABLE COPY  Date ▶ *  Title ▶ CEO

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  22006200007

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ WITHUMSMITH+BROWN, PC  Date ▶ 09/09/21

**ERO Must Retain This Form - See Instructions**

**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**  Form **8879-C** (2020)

LHA

010211  11-03-20

15390909 758718 801114.001          2020.04020 SENSITIVE HOME INC.          801114_1

***** THIS IS NOT A FILEABLE COPY *****

# 8879-SO

## State-Only e-file Signature Authorization

▶ **Do not send to the Taxing Authority. This is not a tax return.**
▶ **Keep this form for your records.**

**2020**

| Taxpayer name | FEIN |
|---|---|
| SENSITIVE HOME INC. | 85 :0971335 |

| **Part I** | **Electronically Filed States** |
|---|---|

ILLINOIS

| **Part II** | **Declaration and Signature Authorization (Be sure you get and keep a copy of your return)** |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic income tax return and accompanying schedules and statements for tax year 2020, and to the best of my knowledge and belief, it is true, correct, and complete. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the taxing authority and to receive from the taxing authority **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the taxing authority and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my state taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this also authorizes the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize WITHUMSMITH+BROWN, PC
    **ERO firm name**
to enter or generate my PIN  12345
**Enter five numbers, but do not enter all zeros**

as my signature on my tax year 2020 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2020 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶  ***** THIS IS NOT A FILEABLE COPY *****        Date ▶

Title ▶  CEO

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   22006200007
**do not enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2020 electronically filed income tax return for the taxpayer indicated above.

ERO's signature ▶ WITHUMSMITH+BROWN, PC        Date ▶  09/09/2021

## ERO Must Retain This Form
## Do Not Submit This Form to the Taxing Authority

019875  04-01-20

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| SENSITIVE HOME INC. | 85-0971335 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
336 BON AIR CENTER, #515

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
GREENBRAE, CA 94904

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I | Automatic Extension for Certain Business Income Tax, Information, and Other Returns.   See instructions.

1  Enter the form code for the return listed below that this application is for ........................................ | 12

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II | All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States,
   check here ........................................................................................................................ ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
   check here ........................................................................................................................ ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ...... ▶ ☐

5a  The application is for calendar year _____ , or tax year beginning APRIL 21, 2020 , and ending DECEMBER 31, 2020

  b  **Short tax year.** If this tax year is less than 12 months, check the reason: [X] Initial return    ☐ Final return
     ☐ Change in accounting period    ☐ Consolidated return to be filed    ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6  Tentative total tax .................................................................................. | **6** | 0. |
| 7  **Total** payments and credits. See instructions ................................................ | **7** | 0. |
| 8  **Balance due.** Subtract line 7 from line 6. See instructions ................................ | **8** | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**          Form **7004** (Rev. 12-2018)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN, UT 84201-0045

019741 04-01-20

15390909 758718 801114.001                    2020.04020 SENSITIVE HOME INC.                    801114.1

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2020 or tax year beginning APRIL 21, 2020, ending DECEMBER 31, 2020

EXTENSION GRANTED TO 10/15/21

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2020**

**A** Check if:
1a Consolidated return (attach Form 851)
1b Life/nonlife consolidated return
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 attached

TYPE OR PRINT

Name
SENSITIVE HOME INC.

Number, street, and room or suite no. If a P.O. box, see instructions.
336 BON AIR CENTER, #515

City or town, state or province, country, and ZIP or foreign postal code
GREENBRAE, CA 94904

**B** Employer identification number
85-0971335

**C** Date incorporated
04/21/2020

**D** Total assets (see instructions)
$ 759,998.

**E** Check if: (1) **X** Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 393,221. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 393,221. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 234,392. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 158,829. |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (attach statement)   SEE STATEMENT 2 | 10 | 12,517. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 171,346. |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (attach Form 1125-E) | 12 | 72,000. |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses   SEE STATEMENT 3 | 17 | 4,776. |
| 18 | Interest (see instructions) | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 162,050. |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 12,128. |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement)   SEE STATEMENT 4 | 26 | 699,099. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 950,053. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -778,707. |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -778,707. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| 32 | 2020 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | 0. |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: Credited to 2021 estimated tax ▶        Refunded ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | ▶ Title CEO |

May the IRS discuss this return with the preparer shown below?
**X** Yes ☐ No

**Paid Preparer Use Only**

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | WARREN CHUNG | WARREN CHUNG | 09/09/21 | | P00338775 |

Firm's name ▶ WITHUMSMITH+BROWN, PC

Firm's EIN ▶ 22-2027092

Firm's address ▶ 601 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94108

Phone no.
415-434-3744

011601
12-18-20   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2020)

15390909 758718 801114.001          2020.04020 SENSITIVE HOME INC.          801114.1

Form 1120 (2020)   SENSITIVE HOME INC.                                                      85-0971335   Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | See Instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2020)

011611
12-18-20

15390909 758718 801114.001        2020.04020 SENSITIVE HOME INC.        801114.1

Form 1120 (2020)   SENSITIVE HOME INC.                                                      85-0971335   Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ............▶ ☐ | | | |
| 2 | Income tax. See instructions | | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | 3 | |
| 4 | Add lines 2 and 3 | | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | |
| b | Credit from Form 8834 (see instructions) | 5b | | |
| c | General business credit (attach Form 3800) | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | |
| e | Bond credits from Form 8912 | 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e | | 6 | |
| 7 | Subtract line 6 from line 4 | | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | | |
| g | Other (see instructions - attach statement) | 9g | | |
| 10 | **Total.** Add lines 9a through 9g | | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 11 | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 4. Enter here and on page 1, line 32 | 12 | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | | |
|---|---|---|---|---|
| 13 | 2019 overpayment credited to 2020 | | 13 | |
| 14 | 2020 estimated tax payments | | 14 | |
| 15 | 2020 refund applied for on Form 4466 | | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | | 16 | |
| 17 | Tax deposited with Form 7004 | | 17 | |
| 18 | Withholding (see instructions) | | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | 19 | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | 20a | | |
| b | Form 4136 | 20b | | |
| c | Reserved for future use | 20c | | |
| d | Other (attach statement - see instructions) | 20d | | |
| 21 | **Total credits.** Add lines 20a through 20d | | 21 | |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions | | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | 23 | |

Form **1120** (2020)

011621
12-18-20

15390909 758718 801114.001                    2020.04020 SENSITIVE HOME INC.                    801114_1

Form 1120 (2020)  SENSITIVE HOME INC.                                    85-0971335   Page **4**

| Schedule K | Other Information (see instructions) |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____ |  |  |
| **2** | See the instructions and enter the: |  |  |
| **a** | Business activity code no. ▶ 325600 |  |  |
| **b** | Business activity ▶ CLEANING PRODUCTS |  |  |
| **c** | Product or service ▶ CLEANING PRODUCTS |  |  |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? |  | X |
|  | If "Yes," enter name and EIN of the parent corporation ▶ |  |  |
| **4** | At the end of the tax year: |  |  |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X |  |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) |  | X |
| **5** | At the end of the tax year, did the corporation: |  |  |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions |  | X |
|  | If "Yes," complete (i) through (iv) below. |  |  |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions |  | X |
|  | If "Yes," complete (i) through (iv) below. |  |  |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 |  | X |
|  | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. |  |  |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. |  |  |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? | X |  |
|  | For rules of attribution, see section 318. If "Yes," enter: |  |  |
|  | **(a)** Percentage owned ▶ 100.0000  and **(b)** Owner's country ▶ NEW ZEALAND |  |  |
|  | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ 1 |  |  |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ |  |  |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 1 |  |  |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ |  |  |
|  | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. |  |  |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ |  |  |

Form **1120** (2020)

011632
12-18-20

15390909 758718 801114.001          2020.04020 SENSITIVE HOME INC.          801114.1

Form 1120 (2020)   SENSITIVE HOME INC.                                              85-0971335   Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 ▶ $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                                   By Value | | |

Form **1120** (2020)

Form 1120 (2020)  SENSITIVE HOME INC.                                      85-0971335   Page **6**

| Schedule L | Balance Sheets per Books | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 0. | | 230,557. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 0. | | 375,760. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.)  STMT 5 | | 0. | | 153,681. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 0. | | 759,998. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 0. | | 255,458. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.)  STMT 6 | | 0. | | 1,294,946. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 0. | 0. | 1,000. | 1,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings - Appropriated (attach statement) | | | | |
| 25 | Retained earnings - Unappropriated | | 0. | | -791,406. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 0. | | 759,998. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -791,406. | | 7 | Income recorded on books this year not included on this return (itemize): | | |
| 2 | Federal income tax per books | | | | Tax-exempt interest  $ | | |
| 3 | Excess of capital losses over capital gains | | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | | | |
| | | | | 8 | Deductions on this return not charged against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | | a Depreciation  $ | | |
| | a Depreciation  $ | | | | b Charitable contributions  $ | | |
| | b Charitable contributions  $ | | | | | | |
| | c Travel and entertainment  $  201. | | | | | | |
| | STMT 7  12,498. | 12,699. | | 9 | Add lines 7 and 8 | | |
| 6 | Add lines 1 through 5 | -778,707. | | 10 | Income (page 1, line 28) - line 6 less line 9 | | -778,707. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | | | 5 | Distributions: a Cash | | |
| 2 | Net income (loss) per books | -791,406. | | | b Stock | | |
| 3 | Other increases (itemize): | | | | c Property | | |
| | | | | 6 | Other decreases (itemize) : | | |
| | | | | 7 | Add lines 5 and 6 | | |
| 4 | Add lines 1, 2, and 3 | -791,406. | | 8 | Balance at end of year (line 4 less line 7) | | -791,406. |

011631
12-18-20

6

Form **1120** (2020)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name | Employer Identification number
---|---
SENSITIVE HOME INC. | 85-0971335

| | | | |
|---|---|---:|---:|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule)        SEE STATEMENT 8 | **5** | 610,152. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 610,152. |
| 7 | Inventory at end of year | **7** | 375,760. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 234,392. |

**9 a** Check all methods used for valuing closing inventory:

(i)   [X] Cost

(ii)   [ ] Lower of cost or market

(iii)   [ ] Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods   ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO   **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions   [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?   [ ] Yes [X] No

If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

024441
04-01-20    LHA

15390909 758718 801114.001                    2020.04020 SENSITIVE HOME INC.                    801114.1

Form **3800**

Department of the Treasury
Internal Revenue Service  (99)

# General Business Credit

▶ Go to www.irs.gov/Form3800 for instructions and the latest information.
▶ You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.

OMB No. 1545-0895

**2020**

Attachment
Sequence No. **22**

Name(s) shown on return

SENSITIVE HOME INC.

Identifying number

85-0971335

| Part I | **Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)** |
| | (See instructions and complete Part(s) III before Parts I and II.) |

| | | | |
|---|---|---|---|
| 1 | General business credit from line 2 of all Parts III with box A checked | **1** | 9,189. |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked ............ | **2** | |
| 3 | Enter the applicable passive activity credits allowed for 2020. See instructions | **3** | |
| 4 | Carryforward of general business credit to 2020. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | **4** | |
| | Check this box if the carryforward was changed or revised from the original reported amount | ▶ ☐ |
| 5 | Carryback of general business credit from 2021. Enter the amount from line 2 of Part III with box D checked | **5** | |
| 6 | Add lines 1, 3, 4, and 5 | **6** | 9,189. |

| Part II | **Allowable Credit** |

| | | | |
|---|---|---|---|
| 7 | Regular tax before credits: | | |
| | • Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16, and Schedule 2 (Form 1040), line 2 | | |
| | • Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return | **7** | 0. |
| | • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b; or the amount from the applicable line of your return | | |
| 8 | Alternative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 11 | | |
| | • Corporations. Enter -0- | **8** | 0. |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54 | | |
| 9 | Add lines 7 and 8 | **9** | 0. |
| 10a | Foreign tax credit | **10a** | |
| b | Certain allowable credits (see instructions) | **10b** | |
| c | Add lines 10a and 10b | **10c** | |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | **11** | 0. |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- | **12** | 0. |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions | **13** | |
| 14 | Tentative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 9 | | |
| | • Corporations. Enter -0- | **14** | |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 | | |
| 15 | Enter the greater of line 13 or line 14 | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- | **16** | |
| 17 | Enter the **smaller** of line 6 or line 16 | **17** | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **3800** (2020)

014401  12-04-20

15390909 758718 801114.001          2020.04020 SENSITIVE HOME INC.          801114.1

Form 3800 (2020)   SENSITIVE HOME INC.                                         85-0971335    Page **2**

| Part II | Allowable Credit *(continued)* |
|---|---|

**Note:** If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75). See instructions | 18 | |
| 19 | Enter the greater of line 13 or line 18 | 19 | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | 20 | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | 21 | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked | 22 | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked | 23 | |
| 24 | Enter the applicable passive activity credit allowed for 2020. See instructions | 24 | |
| 25 | Add lines 22 and 24 | 25 | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | 26 | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | 27 | 0. |
| 28 | Add lines 17 and 26 | 28 | 0. |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | 29 | 0. |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked | 30 | |
| 31 | Reserved | 31 | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked | 32 | |
| 33 | Enter the applicable passive activity credits allowed for 2020. See instructions | 33 | |
| 34 | Carryforward of business credit to 2020. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach | 34 | |
| | Check this box if the carryforward was changed or revised from the original reported amount ▶ ☐ | | |
| 35 | Carryback of business credit from 2021. Enter the amount from line 5 of Part III with box D checked. See instructions | 35 | |
| 36 | Add lines 30, 33, 34, and 35 | 36 | |
| 37 | Enter the **smaller** of line 29 or line 36 | 37 | 0. |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return. | | |
| | • Individuals. Schedule 3 (Form 1040), line 6 | | |
| | • Corporations. Form 1120, Schedule J, Part I, line 5c | | |
| | • Estates and trusts. Form 1041, Schedule G, line 2b | 38 | 0. |

Form **3800** (2020)

Form 3800 (2020)                                                                                                    Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| SENSITIVE HOME INC. | 85-0971335 |

| **Part III** | **General Business Credits or Eligible Small Business Credits** (see instructions) |
|---|---|

Complete a separate Part III for each box checked below. See instructions.

**A** [X] General Business Credit From a Non-Passive Activity    **E** [ ] Reserved

**B** [ ] General Business Credit From a Passive Activity    **F** [ ] Reserved

**C** [ ] General Business Credit Carryforwards    **G** [ ] Eligible Small Business Credit Carryforwards

**D** [ ] General Business Credit Carrybacks    **H** [ ] Reserved

**I** If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
Parts III with box A or B checked. Check here if this is the consolidated Part III .................................................▶ [ ]

**Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity.

| | (a) Description of credit | | (b) Enter EIN if claiming the credit from a pass-through entity. | (c) Enter the appropriate amount. |
|---|---|---|---|---|
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) | 1a | | |
| b | Reserved | 1b | | |
| c | Increasing research activities (Form 6765) | 1c | | 9,189. |
| d | Low-income housing (Form 8586, Part I only) | 1d | | |
| e | Disabled access (Form 8826)* | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) | 1f | | |
| g | Indian employment (Form 8845) | 1g | | |
| h | Orphan drug (Form 8820) | 1h | | |
| i | New markets (Form 8874) | 1i | | |
| j | Small employer pension plan startup costs and auto-enrollment (Form 8881) | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882)* | 1k | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) | 1m | | |
| n | Distilled spirits (Form 8906) | 1n | | |
| o | Nonconventional source fuel (carryforward only) | 1o | | |
| p | Energy efficient home (Form 8908) | 1p | | |
| q | Energy efficient appliance (carryforward only) | 1q | | |
| r | Alternative motor vehicle (Form 8910) | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) | 1s | | |
| t | Enhanced oil recovery credit (carryforward only) | 1t | | |
| u | Mine rescue team training (Form 8923) | 1u | | |
| v | Agricultural chemicals security (carryforward only) | 1v | | |
| w | Employer differential wage payments (Form 8932) | 1w | | |
| x | Carbon oxide sequestration (Form 8933) | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) | 1z | | |
| aa | Employee retention (Form 5884-A) | 1aa | | |
| bb | General credits from an electing large partnership (carryforward only) | 1bb | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I | 2 | | 9,189. |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) | 4a | | |
| b | Work opportunity (Form 5884) | 4b | | |
| c | Biofuel producer (Form 6478) | 4c | | |
| d | Low-income housing (Form 8586, Part II) | 4d | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | |
| g | Qualified railroad track maintenance (Form 8900) | 4g | | |
| h | Small employer health insurance premiums (Form 8941) | 4h | | |
| i | Increasing research activities (Form 6765) | 4i | | |
| j | Employer credit for paid family and medical leave (Form 8994) | 4j | | |
| z | Other | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II | 5 | | |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II | 6 | | 9,189. |

* See instructions for limitation on this credit.                   014403  12-04-20                                    Form **3800** (2020)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

OMB No. 1545-0123

▶ **Attach to Form 1120.**

| Name | Employer identification number (EIN) |
|------|--------------------------------------|
| SENSITIVE HOME INC. | 85-0971335 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| LIVING CLEAN NZ | 000000000 | CORPORATION | NEW ZEALAND | 100.00% |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**
017701
04-01-20   LHA

**Schedule G (Form 1120) (Rev. 12-2011)**

15390909 758718 801114.001          2020.04020 SENSITIVE HOME INC.          801114.1

Form **5472**
(Rev. December 2018)

Department of the Treasury
Internal Revenue Service

## Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business

(Under Sections 6038A and 6038C of the Internal Revenue Code)
▶ Go to www.irs.gov/Form5472 for instructions and the latest information.

For tax year of the reporting corporation beginning **APR 21 , 2020** and ending **DEC 31 , 2020**.

**Note:** Enter all information in English and money items in U.S. dollars.

OMB No. 1545-0123

| **Part I** | **Reporting Corporation** (see instructions). All reporting corporations must complete Part I. |
|---|---|

**1a** Name of reporting corporation
SENSITIVE HOME INC.

**1b** Employer identification number
85-0971335

Number, street, and room or suite no. (if a P.O. box, see instructions)
336 BON AIR CENTER, #515

City or town, state, and ZIP code (if a foreign address, see instructions)
GREENBRAE                    CA 94904

**1c** Total assets
$              759,998.

**1d** Principal business activity ▶ CLEANING PRODUCTS

**1e** Principal business activity code ▶ 325600

**1f** Total value of gross payments made or received reported on **this** Form 5472. See instructions.
$     1,215,203.

**1g** Total number of Forms 5472 filed for the tax year
1

**1h** Total value of gross payments made or received reported on all Forms 5472. See instructions.
$     1,215,203.

**1i** Check here if this is a consolidated filing of Form 5472 ▶ ☐

**1j** Check here if this is the initial year for which the U.S. reporting corporation is filing a Form 5472 ▶ ☒

**1k** Country of incorporation
US

**1l** Country(ies) under whose laws the reporting corporation files an income tax return as a resident
US

**1m** Principal country(ies) where business is conducted
US

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of **(a)** the total voting power of all classes of the stock of the reporting corporation entitled to vote, or **(b)** the total value of all classes of stock of the reporting corporation ▶ ☒

**3** Check here if the reporting corporation is a foreign-owned domestic disregarded entity (foreign-owned U.S. DE) treated as a corporation for purposes of section 6038A. See instructions ▶ ☐

| **Part II** | **25% Foreign Shareholder** (see instructions) |
|---|---|

Check here if any direct (or ultimate indirect) 25% foreign shareholder listed in Part II is a surrogate foreign corporation under section 7874(a)(2)(B). ▶ ☐

**1a** Name and address of direct 25% foreign shareholder   LIVING CLEAN NZ
760 REMUERA ROAD                    AUCKLAND NEW ZEALAND

**1b(1)** U.S. identifying number, if any
000000000

**1b(2)** Reference ID number (see instructions)
LIVINGCLEAN

**1b(3)** Foreign taxpayer identification number (FTIN), if any (see instructions)

**1c** Principal country(ies) where business is conducted
NZ

**1d** Country of citizenship, organization, or incorporation
NZ

**1e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident
NZ

**2a** Name and address of direct 25% foreign shareholder

**2b(1)** U.S. identifying number, if any

**2b(2)** Reference ID number (see instructions)

**2b(3)** FTIN, if any (see instructions)

**2c** Principal country(ies) where business is conducted

**2d** Country of citizenship, organization, or incorporation

**2e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

**3a** Name and address of ultimate indirect 25% foreign shareholder

**3b(1)** U.S. identifying number, if any

**3b(2)** Reference ID number (see instructions)

**3b(3)** FTIN, if any (see instructions)

**3c** Principal country(ies) where business is conducted

**3d** Country of citizenship, organization, or incorporation

**3e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

**4a** Name and address of ultimate indirect 25% foreign shareholder

**4b(1)** U.S. identifying number, if any

**4b(2)** Reference ID number (see instructions)

**4b(3)** FTIN, if any (see instructions)

**4c** Principal country(ies) where business is conducted

**4d** Country of citizenship, organization, or incorporation

**4e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

012581 04-01-20   LHA   **For Paperwork Reduction Act Notice, see instructions.**

Form **5472** (Rev. 12-2018)

15390909 758718 801114.001        2020.04020 SENSITIVE HOME INC.        801114.1

SENSITIVE HOME INC. 85-0971335

Form 5472 (Rev. 12-2018) Page **2**

| **Part III** | **Related Party** (see instructions). All reporting corporations must complete this question and the rest of Part III. |

Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person?

| 1a Name and address of related party | LIVING CLEAN NZ |

760 REMUERA ROAD
AUCKLAND NEW ZEALAND

| **1b(1)** U.S. identifying number, if any | **1b(2)** Reference ID number (see instructions) | **1b(3)** FTIN, if any (see instructions) |
|---|---|---|
| 000000000 | LIVINGCLEAN | |

| 1c Principal business activity | 1d Principal business activity code |
|---|---|
| ▶ CLEANING PRODUCTS | ▶ 325600 |

| 1e Relationship-Check boxes that apply: | [ ] Related to reporting corporation | [ ] Related to 25% foreign shareholder | [X] 25% foreign shareholder |

| 1f Principal country(ies) where business is conducted | 1g Country(ies) under whose laws the related party files an income tax return as a resident |
|---|---|
| NZ | NZ |

| **Part IV** | **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions) |

**Caution:** Part IV **must** be completed if the "foreign person" box is checked in the heading for Part III.

If estimates are used, check here. ▶ [ ]

| | | | |
|---|---|---|---|
| 1 | Sales of stock in trade (inventory) | **1** | |
| 2 | Sales of tangible property other than stock in trade | **2** | |
| 3 | Platform contribution transaction payments received | **3** | |
| 4 | Cost-sharing transaction payments received | **4** | |
| 5a | Rents received (for other than intangible property rights) | **5a** | |
| b | Royalties received (for other than intangible property rights) | **5b** | |
| 6 | Sales, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | **6** | |
| 7 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | **7** | |
| 8 | Commissions received | **8** | |
| 9 | Amounts borrowed **a** Beginning balance ____0.____ **b** Ending balance or monthly average ▶ | **9b** | 1,215,203. |
| 10 | Interest received | **10** | |
| 11 | Premiums received for insurance or reinsurance | **11** | |
| 12 | Other amounts received (see instructions) | **12** | |
| 13 | **Total**. Combine amounts on lines 1 through 12 | **13** | 1,215,203. |
| 14 | Purchases of stock in trade (inventory) | **14** | |
| 15 | Purchases of tangible property other than stock in trade | **15** | |
| 16 | Platform contribution transaction payments paid | **16** | |
| 17 | Cost-sharing transaction payments paid | **17** | |
| 18a | Rents paid (for other than intangible property rights) | **18a** | |
| b | Royalties paid (for other than intangible property rights) | **18b** | |
| 19 | Purchases, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | **19** | |
| 20 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | **20** | |
| 21 | Commissions paid | **21** | |
| 22 | Amounts loaned **a** Beginning balance ____ **b** Ending balance or monthly average ▶ | **22b** | |
| 23 | Interest paid | **23** | |
| 24 | Premiums paid for insurance or reinsurance | **24** | |
| 25 | Other amounts paid (see instructions) | **25** | |
| 26 | **Total**. Combine amounts on lines 14 through 25 | **26** | 0. |

| **Part V** | **Reportable Transactions of a Reporting Corporation That is a Foreign-Owned U.S. DE** (see instructions) |

Describe on an attached separate sheet any other transaction as defined by Regulations section 1.482-1(i)(7), such
as amounts paid or received in connection with the formation, dissolution, acquisition, and disposition of the entity,
including contributions to and distributions from the entity, and check here. ▶ [ ]

| **Part VI** | **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and
the Foreign Related Party** (see instructions) |

Describe these transactions on an attached separate sheet and check here. ▶ [ ]

Form **5472** (Rev. 12-2018)

012582 04-01-20

15390909 758718 801114.001       2020.04020 SENSITIVE HOME INC.       801114.1

Form 5472 (Rev. 12-2018)                                                                                                                                    Page **3**

| **Part VII** | **Additional Information.** All reporting corporations must complete Part VII. |

**1** Does the reporting corporation import goods from a foreign related party? ........................................................ ☐ Yes  ☒ No

**2a** If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? .................. ☐ Yes  ☐ No

**b** If "Yes," attach a statement explaining the reason or reasons for such difference.

**c** If the answers to questions 1 and 2a are "Yes," were the documents used to support this treatment of the imported
goods in existence and available in the United States at the time of filing Form 5472? .......................................... ☐ Yes  ☐ No

**3** During the tax year, was the foreign corporation a participant in any cost-sharing arrangement? .......................... ☐ Yes  ☒ No

**4** During the course of the tax year, did the foreign parent corporation become a participant in any cost-sharing arrangement? ......... ☐ Yes  ☒ No

**5a** During the tax year, did the reporting corporation pay or accrue any interest or royalty, to the related party, for which the
deduction is not allowed under section 267A? See instructions ...................................................................... ☐ Yes  ☒ No

**b** If "Yes," enter the total amount of the disallowed deductions ..................................................... $ _____

**6a** Does the reporting corporation claim a foreign-derived intangible income (FDII) deduction (under section 250) with
respect to amounts listed in Part IV? ............................................................................................ ☐ Yes  ☒ No

**b** If "Yes," enter the amount of gross income derived from sales, leases, exchanges, or other dispositions (but not licenses)
of property to the foreign related party that the reporting corporation included in its computation of foreign-derived
deduction eligible income (FDDEI). See instructions .............................................................. $ _____

**c** If "Yes," enter the amount of gross income derived from a license of property to the foreign related party that the
reporting corporation included in its computation of FDDEI. See instructions ................................ $ _____

**d** If "Yes," enter the amount of gross income derived from services provided to the foreign related party that the reporting
corporation included in its computation of FDDEI. See instructions ............................................. $ _____

| **Part VIII** | **Base Erosion Payments and Base Erosion Tax Benefits Under Section 59A** (see instructions) |

**1** Amounts defined as base erosion payments under section 59A(d) ................................................ $ _____

**2** Amount of base erosion tax benefits under section 59A(c)(2) ..................................................... $ _____

**3** Amount of total qualified derivative payments as described in section 59A(h) made by the reporting corporation ........... $ _____

**4** Reserved for future use ...........................................................................................

Form **5472** (Rev. 12-2018)

012583  04-01-20

15390909  758718  801114.001          2020.04020 SENSITIVE HOME INC.          801114.1

Form **6765**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

# Credit for Increasing Research Activities

▶ **Attach to your tax return.**

▶ Go to www.irs.gov/Form6765 for instructions and the latest information.

OMB No. 1545-0619

Attachment
Sequence No. **676**

Name(s) shown on return

SENSITIVE HOME INC.

Identifying number

85-0971335

**Section A - Regular Credit.** Skip this section and go to Section B if you are electing or previously elected (and are not revoking) the alternative simplified credit.

| | | | | |
|---|---|---|---|---|
| 1 | Certain amounts paid or incurred to energy consortia | | 1 | |
| 2 | Basic research payments to qualified organizations | 2 | | |
| 3 | Qualified organization base period amount | 3 | | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 5 | 14,897. | |
| 6 | Cost of supplies | 6 | | |
| 7 | Rental or lease costs of computers | 7 | | |
| 8 | Enter the applicable percentage of contract research expenses | 8 | 101,415. | |
| 9 | Total qualified research expenses. Add lines 5 through 8 | 9 | 116,312. | |
| 10 | Enter fixed-base percentage, but not more than 16% (0.16) | 10 | 3.0000 % | |
| 11 | Enter average annual gross receipts | 11 | | |
| 12 | Multiply line 11 by the percentage on line 10 | 12 | | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- | 13 | 116,312. | |
| 14 | Multiply line 9 by 50% (0.50) | 14 | 58,156. | |
| 15 | Enter the **smaller** of line 13 or line 14 | | 15 | 58,156. |
| 16 | Add lines 1, 4, and 15 | | 16 | 58,156. |
| 17 | Are you electing the reduced credit under section 280C? ▶ Yes  X  No | | | |
| | If "Yes," multiply line 16 by 15.8% (0.158). If "No," multiply line 16 by 20% (0.20) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | | 17 | 9,189. |

**Section B - Alternative Simplified Credit.** Skip this section if you are completing Section A.

| | | | | |
|---|---|---|---|---|
| 18 | Certain amounts paid or incurred to energy consortia | | 18 | |
| 19 | Basic research payments to qualified organizations | 19 | | |
| 20 | Qualified organization base period amount | 20 | | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | | 21 | |
| 22 | Add lines 18 and 21 | | 22 | |
| 23 | Multiply line 22 by 20% (0.20) | | 23 | |
| 24 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 24 | | |
| 25 | Cost of supplies | 25 | | |
| 26 | Rental or lease costs of computers | 26 | | |
| 27 | Enter the applicable percentage of contract research expenses | 27 | | |
| 28 | Total qualified research expenses. Add lines 24 through 27 | 28 | | |
| 29 | Enter your total qualified research expenses for the prior 3 tax years. If you had no qualified research expenses in any one of those years, skip lines 30 and 31 | 29 | | |
| 30 | Divide line 29 by 6.0 | 30 | | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | 31 | | |
| 32 | Multiply line 31 by 14% (0.14). If you skipped lines 30 and 31, multiply line 28 by 6% (0.06) | | 32 | |
| 33 | Add lines 23 and 32 | | 33 | |
| 34 | Are you electing the reduced credit under section 280C? ▶ Yes  No | | | |
| | If "Yes," multiply line 33 by 79% (0.79). If "No," enter the amount from line 33 and see the line 17 instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | | 34 | |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **6765** (Rev. 12-2020)

019681 01-25-21

15390909 758718 801114.001            2020.04020 SENSITIVE HOME INC.            801114.1

Form 6765 (Rev. 12-2020) SENSITIVE HOME INC.                                    85-0971335  Page **2**

**Section C - Current Year Credit**

| | | | |
|---|---|---|---|
| 35 | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also used to figure the credit on line 17 or line 34 (whichever applies) | 35 | |
| 36 | Subtract line 35 from line 17 or line 34 (whichever applies). If zero or less, enter -0- | 36 | 9,189. |
| 37 | Credit for increasing research activities from partnerships, S corporations, estates, and trusts | 37 | |
| 38 | Add lines 36 and 37 | 38 | 9,189. |

- Estates and trusts, go to line 39.
- Partnerships and S corporations not electing the payroll tax credit, stop here and report this amount on Schedule K.
- Partnerships and S corporations electing the payroll tax credit, complete Section D and report on Schedule K the amount on this line reduced by the amount on line 44.
- Eligible small businesses, stop here and report the credit on Form 3800, Part III, line 4i. See instructions for the definition of eligible small business.
- Filers other than eligible small businesses, stop here and report the credit on Form 3800, Part III, line 1c.

**Note:** Qualified small business filers, other than partnerships and S corporations, electing the payroll tax credit must complete Form 3800 before completing Section D.

| | | | |
|---|---|---|---|
| 39 | Amount allocated to beneficiaries of the estate or trust | 39 | |
| 40 | Estates and trusts, subtract line 39 from line 38. For eligible small businesses, report the credit on Form 3800, Part III, line 4i. See instructions. For filers other than eligible small businesses, report the credit on Form 3800, Part III, line 1c | 40 | |

**Section D - Qualified Small Business Payroll Tax Election and Payroll Tax Credit.**  Skip this section if the payroll tax election does not apply. See instructions.

| | | | |
|---|---|---|---|
| 41 | Check this box if you are a qualified small business electing the payroll tax credit. See instructions [X] | | |
| 42 | Enter the portion of line 36 elected as a payroll tax credit (do not enter more than $250,000). See instructions | 42 | 9,189. |
| 43 | General business credit carryforward from the current year (see instructions). Partnerships and S corporations, skip this line and go to line 44 | 43 | 9,189. |
| 44 | Partnerships and S corporations, enter the smaller of line 36 or line 42. All others, enter the smallest of line 36, line 42, or line 43. Enter here and on the applicable line of Form 8974, Part 1, column (e). Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | 44 | 9,189. |

Form **6765** (Rev. 12-2020)

019682 01-25-21

15390909 758718 801114.001        2020.04020 SENSITIVE HOME INC.        801114.1

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Sensitive Home Inc.
336 Bon Air Center, #515
Greenbrae, CA  94904

Employer Identification Number:  85-0971335

For the Year Ending December 31, 2020

Sensitive Home Inc. is making the de minimis safe harbor election
under Reg. Sec. 1.263(a)-1(f).

SENSITIVE HOME INC.                                                      85-0971335

FOOTNOTES                                    STATEMENT 1

SENSITIVE HOME INC.
FEIN: 85-0971335
YEAR END: 12/31/2020
INITIAL YEAR ELECTIONS

METHOD OF ACCOUNTING:
PURSUANT TO IRC SECTION 446, THE TAXPAYER HEREBY ELECTS THE
ACCRUAL METHOD OF ACCOUNTING.

ADOPTION OF RECURRING ITEM EXCEPTION:
PURSUANT TO IRC SECTION 461(H)(3), REGS. SECTION 1.461-5,
AND APPLICABLE STATE LAW, THE TAXPAYER HEREBY ADOPTS THE
RECURRING ITEM EXCEPTION AS ITS ACCOUNTING METHOD WITH
RESPECT TO ALL TYPES OF ITEMS INCURRED IN ITS TRADE OR
BUSINESS.

SENSITIVE HOME INC.                                          85-0971335

STATEMENT PURSUANT TO SEC 1.382-11(A)(2)(I) BY
SENSITIVE HOME INC.
FEIN: 85-0971335
A LOSS CORPORATION

1. DATE(S) OF OWNER SHIFTS, EQUITY STRUCTURE SHIFTS, OR SEC
1.382-2T(A)(2)(I) TRANSACTIONS: TO BE DETERMINED

2. DATE(S) OF SECTION 382 OWNERSHIP CHANGE(S): TO BE
DETERMINED

3. AMOUNT OF SEC 1.382-2 ATTRIBUTES THAT CAUSED THE
CORPORATION TO BE A LOSS CORPORATION:
FEDERAL NOL: $778,707

4. THIS STATEMENT DOES NOT INCLUDE AN ELECTION MADE UNDER
SEC 1.382-2T(H)(4)(VI)(B) TO DISREGARD THE DEEMED EXERCISE
OF AN OPTION.

5. THIS STATEMENT INCLUDES AN ELECTION MADE UNDER
SEC 1.382-6(B)(2) TO CLOSE THE BOOKS OF THE LOSS
CORPORATION.

SENSITIVE HOME INC.                                                    85-0971335

════════════════════════════════════════════════════════════════════════════════

FORM 1120                          OTHER INCOME                      STATEMENT 2

DESCRIPTION                                                            AMOUNT

OTHER INCOME                                                          12,517.

TOTAL TO FORM 1120, LINE 10                                          12,517.

════════════════════════════════════════════════════════════════════════════════

FORM 1120                       TAXES AND LICENSES                   STATEMENT 3

DESCRIPTION                                                            AMOUNT

PAYROLL TAX                                                           4,776.

TOTAL TO FORM 1120, LINE 17                                           4,776.

════════════════════════════════════════════════════════════════════════════════

FORM 1120                       OTHER DEDUCTIONS                     STATEMENT 4

DESCRIPTION                                                            AMOUNT

| ACCOUNTING AND FINANCE | 87,880. |
| BANK CHARGES | 2,514. |
| BROKER FEES | 6,000. |
| DUES AND SUBSCRIPTIONS | 16,309. |
| INSURANCE | 3,716. |
| LEGAL EXPENSES | 62,200. |
| MANAGEMENT CONSULTING | 99,500. |
| MARKETING CONTRACTORS | 72,785. |
| MEALS | 201. |
| MISCELLANEOUS | 653. |
| OFFICE EXPENSES | 9,223. |
| POSTAGE AND DELIVERY | 1,115. |
| R&D EXPENSES | 195,335. |
| RECRUITING | 2,044. |
| SALES CONTRACTORS | 72,563. |
| SOCIAL MEDIA CONTRACTORS | 22,658. |
| SUPPLY CHAIN CONTRACTORS | 40,880. |
| TRAVEL | 3,523. |

TOTAL TO FORM 1120, LINE 26                                         699,099.

SENSITIVE HOME INC.                                                          85-0971335

═══════════════════════════════════════════════════════════════════════════════════

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 5 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSES | 0. | 90,263. |
| PREPAID INVENTORY | 0. | 63,418. |
| TOTAL TO SCHEDULE L, LINE 6 | 0. | 153,681. |

═══════════════════════════════════════════════════════════════════════════════════

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED LIABILITIES | 0. | 65,513. |
| ACCRUED PAYROLL | 0. | 14,230. |
| DUE TO LIVING CLEAN NZ | 0. | 1,215,203. |
| TOTAL TO SCHEDULE L, LINE 18 | 0. | 1,294,946. |

═══════════════════════════════════════════════════════════════════════════════════

| SCHEDULE M-1 | OTHER EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN THIS RETURN | STATEMENT 7 |

| DESCRIPTION | AMOUNT |
|---|---|
| ACCRUED BONUS | 12,498. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 12,498. |

═══════════════════════════════════════════════════════════════════════════════════

| FORM 1125-A | OTHER COSTS | STATEMENT 8 |

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER COSTS | 610,152. |
| TOTAL TO LINE 5 | 610,152. |

# 2020 TAX RETURN FILING INSTRUCTIONS
### ILLINOIS FORM IL-1120

## FOR THE YEAR ENDING
December 31, 2020

---

**Prepared For:**

    Sensitive Home Inc.
    336 Bon Air Center, #515
    Greenbrae, CA  94904

---

**Prepared By:**

    WithumSmith+Brown, PC
    601 California Street, Suite 1800
    San Francisco, CA 94108

---

**To Be Signed and Dated By:**

    The appropriate corporate officer(s).

---

**Amount of Tax:**

| | | |
|---|---|---|
| Total tax | $ | 0 |
| Less: payments and credits | $ | 0 |
| Plus: other amount | $ | 0 |
| Plus: interest and penalties | $ | 0 |
| No payment required | $ | |

---

**Overpayment:**

    Not applicable

---

**Make Check Payable to:**

    Not applicable

---

**Mail Tax Return and Check (if applicable) to:**

    This return has been prepared for electronic filing. If you wish to have it transmitted to the IDOR, please sign, date and return Form 8879-SO to our office. We will then submit the return to the IDOR. Do not mail a paper copy of the return.

---

**Return Must be Mailed On or Before:**

    Return Form 8879-SO to us by October 15, 2021.

---

**Special Instructions:**

**Illinois Department of Revenue**
# 2020 Form IL-1120
**Corporation Income and Replacement Tax Return**
See "When should I file?" in the Form IL-1120 instructions for a list of due dates.

| If this return is not for calendar year 2020, enter your fiscal tax year here. | Enter the amount you are paying. |
|---|---|
| Tax year beginning **APRIL 21**, 2020, ending **DECEMBER 31, 2020** | $ **0.00** |

**WARNING** This form is for tax years ending on or after December 31, 2020, and before December 31, 2021.
For all other situations, see instructions to determine the correct form to use.

## Step 1: Identify your corporation

**A** Enter your complete legal business name.
If you have a name change, check this box. ☐

Name: **SENSITIVE HOME INC.**

**B** Enter your mailing address.
Check this box if either of the following apply: ☒
- this is your **first return**, or
- you have an **address change**.

C/O: 

Mailing address: **336 BON AIR CENTER, #515**

City: **GREENBRAE**   State: **CA**   ZIP: **94904**

**C** If this is the first or final return, check the applicable box(es).
- ☒ First return
- ☐ Final return (Enter the date of termination. _____ mm dd yyyy )

**D** If this is a final return because you sold this business, enter the date sold (mm dd yyyy) _____ , and the new owner's FEIN.

**E** Check the box and see the instructions if your business is a:
☐ Unitary Filer (Combined return)   ☐ Foreign insurer

**F** If you completed the following, check the box and **attach** the federal form(s) to this return.
☐ Federal Form 8886   ☐ Federal Schedule M-3, Part II, Line 12

**G** Apportionment Formulas. Mark the appropriate box or boxes and see Apportionment Formula instructions.   ☒ Sales companies
☐ Insurance companies   ☐ Financial organizations
☐ Transportation companies   ☐ Federally regulated exchanges

**H** Check this box if you attached Illinois Schedule UB. ☐
**I** Check this box if you attached the Subgroup Schedule. ☐
**J** Check this box if you attached Illinois Schedule 1299-D. ☐
**K** Check this box if you attached Form IL-4562. ☐
**L** Check this box if you attached Illinois Schedule M (for businesses). ☐
**M** Check this box if you attached Schedule 80/20. ☐

**N** Enter your federal employer identification number (FEIN).
**85-0971335**

**O** If you are a member of a group filing a federal consolidated return, enter the FEIN of the parent.

**P** Enter your North American Industry Classification System (NAICS) Code. See instructions.
**325600**

**Q** Enter your corporate file (charter) number assigned to you by the Secretary of State.

**R** Enter the city, state, and ZIP code where your accounting records are kept. (Use the two-letter postal abbreviation, e.g., IL, GA, etc.)
**GREENBRAE**   **CA**   **94904**
City   State   ZIP

**S** If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 24 and 32. ☐

**T** Check your method of accounting.
☐ Cash   ☒ Accrual   ☐ Other

**U** If you are making a discharge of indebtedness adjustment on Form IL-1120, Line 36, check this box and **attach** federal Form 982 and a detailed statement. ☐

**V** Check this box if you attached Schedule INL. ☐

**W** If you annualized your income on Form IL-2220, check this box and **attach** Form IL-2220. ☐

**X** Check this box if your business activity is protected under Public Law 86-272. ☐

**Y** Check this box if you are a 52/53 week filer. ☐

**Z** Check this box if your tax year began on or after January 1, 2021. ☐

▶ If you owe tax on Line 67, make an electronic payment at Tax.Illinois.gov. If you must mail your payment, complete a payment voucher, Form IL-1120-V. Write your FEIN, tax year ending, and "IL-1120-V" on your check or money order and make it payable to "Illinois Department of Revenue." Attach your voucher and payment here.

▶ Refer to the 2020 IL-1120 Instructions for the address to mail your return.

*Attach your payment and Form IL-1120-V here.*

**ID: 2BX**

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

IR ___   NS ___   DR ___

SENSITIVE HOME INC.                                                      85-0971335

## Step 2: Figure your income or loss

(Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Federal taxable income from U.S. Form 1120, Line 30. **Attach** a copy of your federal return. | 1 | −778,707 .00 |
| 2 | Net operating loss deduction from U.S. Form 1120, Line 29a. This amount cannot be negative. | 2 | .00 |
| 3 | State, municipal, and other interest income excluded from Line 1. | 3 | .00 |
| 4 | Illinois income and replacement tax and surcharge deducted in arriving at Line 1. | 4 | .00 |
| 5 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 5 | .00 |
| 6 | Related-Party Expenses additions. **Attach** Schedule 80/20. | 6 | .00 |
| 7 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 7 | .00 |
| 8 | Other additions. **Attach** Schedule M (for businesses). | 8 | .00 |
| 9 | Add Lines 1 through 8. This amount is your income or loss. | 9 | −778,707 .00 |

## Step 3: Figure your base income or loss

| | | | |
|---|---|---|---|
| 10 | Interest income from U.S. Treasury and other exempt federal obligations. | 10 | .00 |
| 11 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-B. | 11 | .00 |
| 12 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-B. | 12 | .00 |
| 13 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-B. | 13 | .00 |
| 14 | High Impact Business Interest subtraction. **Attach** Schedule 1299-B. | 14 | .00 |
| 15 | Contribution subtraction. **Attach** Schedule 1299-B. | 15 | .00 |
| 16 | Contributions to certain job training projects. See instructions. | 16 | .00 |
| 17 | Foreign Dividend subtraction. **Attach** Schedule J. See instructions. | 17 | .00 |
| 18 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 18 | .00 |
| 19 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 19 | .00 |
| 20 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 20 | .00 |
| 21 | Other subtractions. **Attach** Schedule M (for businesses). | 21 | .00 |
| 22 | Total subtractions. Add Lines 10 through 21. | 22 | .00 |
| 23 | **Base income or loss.** Subtract Line 22 from Line 9. | 23 | −778,707 .00 |

**STOP**

**A** If the amount on Line 23 is derived inside Illinois only, check this box and enter the amount from Step 3, Line 23 on Step 5, Line 35. You may not complete Step 4. (You must leave Step 4, Lines 24 through 34 blank.) ☐

*Note* ➤ If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 4.

**B** If any portion of Line 23 is derived outside Illinois, or you are a unitary filer, check this box and complete all lines of Step 4. (Do not leave Lines 28 through 30 blank.) See instructions. ☒

## Step 4: Figure your income allocable to Illinois (Complete only if you checked the box on Line B, above.)

| | | | |
|---|---|---|---|
| 24 | Nonbusiness income or loss. **Attach** Schedule NB. | 24 | 0 .00 |
| 25 | Business income or loss included in Line 23 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 25 | 0 .00 |
| 26 | Add Lines 24 and 25. | 26 | 0 .00 |
| 27 | Business income or loss. Subtract Line 26 from Line 23. | 27 | −778,707 .00 |
| 28 | Total sales everywhere. This amount cannot be negative. | 28 | 393,221 |
| 29 | Total sales inside Illinois. This amount cannot be negative. | 29 | 0 |
| 30 | Apportionment Factor. Divide Line 29 by Line 28. Round to six decimal places. | 30 | .000000 |
| 31 | Business income or loss apportionable to Illinois. Multiply Line 27 by Line 30. | 31 | 0 .00 |
| 32 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | 32 | 0 .00 |
| 33 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 33 | 0 .00 |
| 34 | **Base income or loss allocable to Illinois.** Add Lines 31 through 33. | 34 | 0 .00 |



## Step 5: Figure your net income

| | | | |
|---|---|---|---|
| 35 | Base income or net loss from Step 3, Line 23, or Step 4, Line 34. | 35 | 0 .00 |
| 36 | Discharge of indebtedness adjustment. **Attach** federal Form 982. See instructions. | 36 | .00 |
| 37 | Adjusted base income or net loss. Add Lines 35 and 36. See instructions. | 37 | 0 .00 |
| 38 | Illinois net loss deduction. If Line 37 is zero or a negative amount, enter zero. Check this box and attach a detailed statement if you have merged losses. ◆ ☐ ◆ | 38 | .00 |
| 39 | **Net income.** Subtract Line 38 from Line 37. | 39 | 0 .00 |

## Step 6: Figure your replacement tax after credits

| | | | |
|---|---|---|---|
| 40 | Replacement tax. Multiply Line 39 by 2.5% (.025). | 40 | .00 |
| 41 | Recapture of investment credits. **Attach** Schedule 4255. | 41 | .00 |
| 42 | Replacement tax before credits. Add Lines 40 and 41. | 42 | .00 |
| 43 | Investment credits. **Attach** Form IL-477. | 43 | .00 |
| 44 | **Replacement tax after credits.** Subtract Line 43 from Line 42. If the amount is negative, enter zero. | 44 | 0 .00 |

## Step 7: Figure your income tax after credits

| | | | |
|---|---|---|---|
| 45 | Income tax. See Instructions. | 45 | .00 |
| 46 | Recapture of investment credits. **Attach** Schedule 4255. | 46 | .00 |
| 47 | Income tax before credits. Add Lines 45 and 46. | 47 | .00 |
| 48 | Income tax credits. **Attach** Schedule 1299-D. | 48 | .00 |
| 49 | **Income tax after credits.** Subtract Line 48 from Line 47. If the amount is negative, enter zero. | 49 | 0 .00 |

## Step 8: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 50 | Replacement tax before reductions. Enter the amount from Line 44. | 50 | 0 .00 |
| 51 | Foreign Insurer replacement tax reduction. **Attach** Schedule INS or UB/INS. See instructions. | 51 | .00 |
| 52 | Subtract Line 51 from Line 50. **This is your net replacement tax.** | 52 | 0 .00 |
| 53 | Income tax before reductions. Enter the amount from Line 49. | 53 | 0 .00 |
| 54 | Foreign Insurer income tax reduction. **Attach** Schedule INS or UB/INS. See instructions. | 54 | .00 |
| 55 | Subtract Line 54 from Line 53. **This is your net income tax.** | 55 | 0 .00 |
| 56 | Compassionate Use of Medical Cannabis Program Act surcharge.  See instructions. | 56 | .00 |
| 57 | Sale of assets by gaming licensee surcharge. See instructions. | 57 | .00 |
| 58 | **Total net income and replacement taxes and surcharges.**  Add Lines 52, 55, 56, and 57. | 58 | 0 .00 |
| 59 | Underpayment of estimated tax penalty from Form IL-2220. See instructions. | 59 | .00 |
| 60 | **Total taxes, surcharges, and penalty.** Add Lines 58 and 59. | 60 | 0 .00 |

| | | | | |
|---|---|---|---|---|
| 61 | Payments. See instructions. | | | |
| | a | Credits from previous overpayments. | 61a | .00 |
| | b | Total payments made before the date this return is filed. | 61b | .00 |
| | c | Pass-through withholding reported to you on Schedule(s) K-1-P or K-1-T. **Attach** Schedule(s) K-1-P or K-1-T. | 61c | .00 |
| | d | Illinois gambling withholding. **Attach** Form(s) W-2G. | 61d | .00 |
| 62 | Total payments. Add Lines 61a through 61d. | | 62 | .00 |
| 63 | **Overpayment.** If Line 62 is greater than Line 60, subtract Line 60 from Line 62. | | 63 | .00 |
| 64 | Amount to be **credited forward.** See instructions. Check this box and attach a detailed statement if this carryforward is going to a different FEIN. ◆ ☐ ◆ | | 64 | .00 |
| 65 | **Refund.** Subtract Line 64 from Line 63. This is the amount to be refunded. | | 65 | .00 |

| 66 | **Complete to direct deposit your refund.** |
|---|---|
| | Routing Number _____  ☐ Checking or  ☐ Savings |
| | Account Number _____ |

| 67 | **Tax due.** If Line 60 is greater than Line 62, subtract Line 62 from Line 60. This is the amount you owe. | 67 | .00 |

## Step 9: Sign below - Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct and complete.

| Sign Here | | CEO | 415-740-4380 | ☒ Check if the Department may discuss this return with the paid preparer shown in this step. |
|---|---|---|---|---|
| | Signature of authorized officer | Date (mm/dd/yyyy) Title | Phone | |

| Paid Preparer Use Only | WARREN CHUNG | WARREN CHUNG | 09/09/2021 | Check if self-employed ☐ | P00338775 |
|---|---|---|---|---|---|
| | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | self-employed | Paid Preparer's PTIN |
| | Firm's name ▶ WITHUMSMITH+BROWN, PC | | | Firm's FEIN ▶ | 22-2027092 |
| | Firm's address ▶ 601 CALIFORNIA STREET, SUITE 1800 SAN FRANCISCO, CA          94108 | | | Firm's phone ▶ | 415-434-3744 |

SENSITIVE HOME INC.                                          85-0971335

IL                           FOOTNOTES                   STATEMENT 1

```
                    SENSITIVE HOME INC.
                    FEIN: 85-0971335
                  YEAR END: 12/31/2020
                  INITIAL YEAR ELECTIONS
```

METHOD OF ACCOUNTING:
PURSUANT TO IRC SECTION 446, THE TAXPAYER HEREBY ELECTS THE
ACCRUAL METHOD OF ACCOUNTING.

ADOPTION OF RECURRING ITEM EXCEPTION:
PURSUANT TO IRC SECTION 461(H)(3), REGS. SECTION 1.461-5,
AND APPLICABLE STATE LAW, THE TAXPAYER HEREBY ADOPTS THE
RECURRING ITEM EXCEPTION AS ITS ACCOUNTING METHOD WITH
RESPECT TO ALL TYPES OF ITEMS INCURRED IN ITS TRADE OR
BUSINESS.

SENSITIVE HOME INC.                                                    85-0971335
_____                                                   _____

STATEMENT PURSUANT TO SEC 1.382-11(A)(2)(I) BY
SENSITIVE HOME INC.
FEIN: 85-0971335
A LOSS CORPORATION

1. DATE(S) OF OWNER SHIFTS, EQUITY STRUCTURE SHIFTS, OR SEC
1.382-2T(A)(2)(I) TRANSACTIONS: TO BE DETERMINED

2. DATE(S) OF SECTION 382 OWNERSHIP CHANGE(S): TO BE
DETERMINED

3. AMOUNT OF SEC 1.382-2 ATTRIBUTES THAT CAUSED THE
CORPORATION TO BE A LOSS CORPORATION:
FEDERAL NOL: $778,707

4. THIS STATEMENT DOES NOT INCLUDE AN ELECTION MADE UNDER
SEC 1.382-2T(H)(4)(VI)(B) TO DISREGARD THE DEEMED EXERCISE
OF AN OPTION.

5. THIS STATEMENT INCLUDES AN ELECTION MADE UNDER
SEC 1.382-6(B)(2) TO CLOSE THE BOOKS OF THE LOSS
CORPORATION.

Profit and Loss
September 30, 2022

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | June 2022 | July 2022 | Aug 2022 | Sept 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| Wholesale Sales | - | - | 31,227.77 | - | 50,732.16 | 7,237.81 | 7,929.81 | 20,996.40 | 44,895.51 | 163,019.46 |
| Trade Spend | | | | | (9,453.68) | (1,230.43) | (1,348.01) | (3,569.39) | (7,632.24) | (23,233.81) |
| Amazon Sales | 5,496.03 | 5,673.26 | 7,175.34 | 6,028.67 | 4,061.90 | 4,019.38 | 3,461.26 | 17,198.24 | 17,320.29 | 70,434.37 |
| DTC Sales | 7,532.27 | 5,858.55 | 6,674.01 | 7,601.39 | 6,437.18 | 7,063.57 | 7,599.22 | 5,063.71 | 5,940.22 | 59,770.12 |
| Discount - DTC | (561.19) | (459.46) | (366.54) | (629.59) | (693.27) | (668.21) | (759.52) | (497.91) | (260.01) | (4,895.70) |
| Shipping Income | 1,246.44 | 711.11 | 982.77 | 1,100.62 | 1,054.68 | 918.85 | 1,206.49 | 806.99 | 1,102.62 | 9,130.57 |
| **Total Income** | 13,713.55 | 11,783.46 | 45,693.35 | 14,101.09 | 52,138.97 | 17,340.97 | 18,089.19 | 39,998.04 | 61,366.39 | 274,225.01 |
| **Cost of Goods Sold** | | | | | | | | | | |
| Wholesale COGS | | | 39,116.91 | | 29,207.60 | 5,293.08 | 5,784.82 | 12,730.89 | 27,057.02 | 119,190.32 |
| Freight Out | 4,278.00 | 2,588.81 | 3,598.79 | 7,351.50 | 4,613.39 | 4,814.67 | 5,739.77 | 4,498.26 | 5,289.78 | 42,772.97 |
| Warehouse | 8,059.27 | 8,293.70 | 7,017.84 | 10,439.37 | 10,216.29 | 8,281.92 | 4,512.37 | 5,887.55 | 4,037.10 | 66,745.41 |
| Amazon COGS | 2,553.15 | 2,772.19 | 3,151.61 | 2,213.22 | 1,441.80 | 1,728.40 | 1,032.10 | 6,841.94 | 6,878.51 | 28,612.92 |
| DTC COGS | 2,534.92 | 2,049.50 | 2,225.34 | 2,640.14 | 2,237.08 | 2,497.31 | 2,863.95 | 1,824.88 | 1,978.48 | 20,851.60 |
| Amazon FBA Fees | 1,968.32 | 2,135.88 | 2,971.60 | 1,902.43 | 1,138.29 | 1,383.58 | 2,394.02 | 5,007.81 | 6,073.57 | 24,975.50 |
| Outbound Warehousing | 903.90 | 668.05 | 3,535.27 | 973.10 | 11,541.61 | 1,415.26 | 4,002.65 | 1,268.72 | 6,192.77 | 30,501.33 |
| **Total Cost of Goods Sold** | 20,297.56 | 18,508.13 | 61,617.36 | 25,519.76 | 60,396.06 | 25,414.22 | 26,329.68 | 38,060.05 | 57,507.23 | 333,650.05 |
| **Gross Profit** | (6,584.01) | (6,724.67) | (15,924.01) | (11,418.67) | (8,257.09) | (8,073.25) | (8,240.49) | 1,937.99 | 3,859.16 | (59,425.04) |
| **Advertising & Promotion** | | | | | | | | | | |
| Advertising & Creative | - | 3,218.66 | 240.00 | 78.00 | 39.00 | - | - | - | - | 3,575.66 |
| Field Marketing | 2,824.18 | 405.09 | 1,594.09 | 20,972.62 | 5,547.27 | 1,141.05 | 983.49 | - | 13.55 | 33,481.34 |
| Content Marketing | 3,488.56 | 11,432.00 | 8,250.99 | 3,927.00 | 2,312.00 | | - | - | - | 29,410.55 |
| Integrated Marketing | 15,568.45 | 4,642.21 | 11,603.50 | 11,390.08 | 16,212.23 | 16,987.28 | 9,943.48 | 7,077.49 | 7,162.64 | 100,587.36 |
| Other Marketing Expense | 75.00 | 75.00 | 2,025.00 | 75.00 | 75.00 | 75.00 | 200.00 | 75.00 | 75.00 | 2,750.00 |
| Amazon Advertising | 617.37 | 2,645.47 | 2,755.77 | 952.20 | 1,499.14 | 2,024.24 | 1,200.73 | 507.19 | 25.00 | 12,227.11 |
| **Total Advertising & Promotion** | 22,573.56 | 22,418.43 | 26,469.35 | 37,394.90 | 25,684.64 | 20,227.57 | 12,327.70 | 7,659.68 | 7,276.19 | 182,032.02 |
| **Sales Expenses** | | | | | | | | | | |
| Broker Fees | 5,750.00 | 1,500.00 | 5,790.31 | 8,797.15 | 11,621.82 | 11,592.71 | 11,686.34 | 9,085.78 | 9,000.00 | 74,824.11 |
| Amazon Seller Fees and Charges | 847.91 | 825.61 | 1,014.22 | 768.06 | 487.81 | 579.17 | 540.45 | 2,246.44 | 2,600.25 | 9,909.92 |
| **Total Sales Expense** | 6,597.91 | 2,325.61 | 6,804.53 | 9,565.21 | 12,109.63 | 12,171.88 | 12,226.79 | 11,332.22 | 11,600.25 | 84,734.03 |
| **Contibution Margin** | (35,755.48) | (31,468.71) | (49,197.89) | (58,378.78) | (46,051.36) | (40,472.70) | (32,794.98) | (17,053.91) | (15,017.28) | (326,191.09) |
| **Personnel Expenses** | | | | | | | | | | |
| Wages, Salaries & Bonus | 54,807.69 | 67,916.64 | 66,999.98 | 69,999.98 | 66,858.96 | 58,333.37 | 53,494.61 | 28,472.21 | 16,666.67 | 486,550.11 |
| Payroll Tax Expense | 3,710.82 | 4,102.97 | 3,991.31 | 3,368.75 | 3,641.31 | 2,479.34 | 3,952.54 | 2,064.34 | 1,185.61 | 28,496.99 |
| Benefits | 3,776.91 | 6,146.88 | 6,146.88 | 6,146.76 | 6,146.84 | 5,785.87 | 5,785.87 | 5,245.62 | 3,357.09 | 48,538.72 |
| Vacation Expense | 3,269.23 | 3,365.39 | (3,423.08) | 1,169.23 | 1,298.07 | 961.54 | 480.77 | 961.54 | - | 8,082.69 |
| Sales Contractors | 4,000.00 | 2,000.00 | 1,960.00 | 4,410.00 | 1,610.00 | 840.00 | 2,590.00 | - | - | 18,010.00 |
| Management Consulting Fees | - | - | - | - | - | - | - | 5,000.00 | - | 5,000.00 |
| Finance & Accounting | 9,490.00 | 12,084.48 | 15,970.00 | 15,663.04 | 15,119.16 | 14,570.28 | 10,495.00 | 13,514.46 | 9,955.00 | 116,861.42 |
| Marketing Contractors | 2,100.00 | 6,300.00 | 6,300.00 | 3,300.00 | | | | | | 18,000.00 |
| Supply Chain Contractors | 14,220.00 | 16,200.00 | 17,370.00 | 12,060.00 | 4,770.00 | | | | | 64,620.00 |
| R&D Contractors | 23,951.50 | 14,281.25 | 22,071.75 | 9,837.70 | 6,374.80 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 96,517.00 |
| **Total Personnel Expenses** | 119,926.15 | 132,397.61 | 140,386.84 | 125,955.46 | 105,819.14 | 87,970.40 | 81,798.79 | 60,258.17 | 36,164.37 | 890,676.93 |
| **Operating Expenses** | | | | | | | | | | |
| Bank Service Charges | 71.51 | 68.82 | 25.39 | 64.77 | 84.86 | 134.67 | 136.25 | 299.79 | 284.13 | 1,170.19 |
| Dues & Subscriptions | 5,160.25 | 6,739.04 | 5,851.15 | 4,996.03 | 5,602.37 | 5,910.40 | 5,136.90 | 4,100.65 | 4,410.29 | 47,907.08 |
| Insurance | 1,348.83 | 1,152.98 | 1,180.63 | 1,168.98 | 1,168.98 | 1,167.62 | 1,128.69 | 98.36 | - | 8,415.07 |
| Legal Expenses | 10,245.74 | 3,904.01 | 15,940.58 | 14,844.39 | 14,037.83 | 4,247.79 | 4,384.81 | 2,299.54 | 2,022.30 | 71,926.99 |
| Meals & Entertainment | | | 672.02 | | | | | | | 672.02 |
| Office Expenses | 2,778.57 | 1,568.25 | 340.72 | 3,188.76 | 341.80 | 54.00 | 288.77 | - | 99.98 | 8,660.85 |
| Other Expense | | | | | | - | - | - | 25.00 | 25.00 |
| Postage & Delivery | 1,374.58 | 1,177.04 | 11,369.97 | 706.78 | 691.39 | 1,878.81 | 802.98 | - | 42.51 | 18,044.06 |
| Travel | 247.41 | - | 5,067.63 | 3,762.67 | - | 1,365.01 | 1,201.24 | - | - | 11,643.96 |
| Trade Shows & Conferences | | | | | | 2,000.00 | - | | | 2,000.00 |
| Shopify Fees | 231.62 | 152.04 | 175.25 | 179.51 | 173.68 | 175.15 | 158.87 | 166.83 | 189.82 | 1,602.77 |
| **Total Operating Expenses** | 21,458.51 | 14,762.18 | 40,623.34 | 28,911.89 | 22,100.91 | 16,933.45 | 13,238.51 | 6,965.17 | 7,074.03 | 172,067.99 |
| **Research & Development** | | | | | | | | | | |
| R&D Costs | 1,250.00 | 2,302.85 | 4,105.84 | 3,954.50 | 5,806.80 | - | 2,750.00 | 9,175.00 | 1,250.00 | 30,594.99 |
| **Total Research & Development** | 1,250.00 | 2,302.85 | 4,105.84 | 3,954.50 | 5,806.80 | - | 2,750.00 | 9,175.00 | 1,250.00 | 30,594.99 |
| **Operating Income** | (178,390.14) | (180,931.35) | (234,313.91) | (217,200.63) | (179,778.21) | (145,376.55) | (130,582.28) | (93,452.25) | (59,505.68) | (1,419,531.00) |
| **Other Income / (Expense)** | | | | | | | | | | |
| Other Income | - | - | (1,171.19) | - | - | - | | | | (1,171.19) |
| Interest Expense | - | - | (3,063.16) | - | (312.33) | (3,558.37) | - | - | (4,579.60) | (11,513.46) |
| Amortization Expense | - | - | (937.50) | - | - | (937.50) | - | - | (937.50) | (2,812.50) |
| Taxes | - | - | - | - | - | - | (121.68) | (179.19) | (74.90) | (1,300.02) |
| Realized Currency Gains | (10.24) | (19.77) | (28.40) | - | - | 17.53 | - | - | 50.90 | 10.02 |
| Unrealized Currency Gains | (1.76) | (8.50) | (0.08) | 195.43 | (40.39) | 182.83 | (68.45) | 349.00 | 648.33 | 1,256.41 |
| **Total Other Income / (Expense)** | (12.00) | (952.52) | (5,200.33) | 195.43 | (352.72) | (4,295.51) | (190.13) | 169.81 | (4,892.77) | (15,530.74) |
| **Net Income** | (178,402.14) | (181,883.87) | (239,514.24) | (217,005.20) | (180,130.93) | (149,672.06) | (130,772.41) | (93,282.44) | (64,398.45) | (1,435,061.74) |

Sensitive Home, Inc  Balance Sheet  September 30, 2022

**October 31, 2022**

## Assets

### Current Assets

| | |
|---|---|
| Bank Accounts | 30,695.99 |
| Accounts Receivable | 48,186.99 |
| Total Inventory | 151,423.00 |
| Prepaids | 22,821.93 |
| Amazon Reserved Balances | 1,964.99 |
| **Total Current Assets** | **255,092.90** |

### Long Term Assets

| | |
|---|---|
| Intangible Assets - Patent | 75,000.00 |
| Accumulated Amortization - Patent | (27,885.41) |
| **Total Long Term Assets** | **47,114.59** |
| **Total Assets** | **302,207.49** |

## Liabilities and Equity

### Liabilities

#### Current Liabilities

| | |
|---|---|
| **Brex Credit Card** | **1,167.48** |
| **Accounts Payable** | **338,377.02** |
| Accrued Interest - Short Term | 19,554.97 |
| Accrued Liabilities | 67,624.36 |
| Bonus Accrual | 132,761.24 |
| Vacation Liability | 11,538.46 |
| **Loan Payable** | **291,820.76** |
| Sales Tax (Shopify) | 1,748.30 |
| **Total Current Liabilities** | **864,592.59** |

#### Long Term Liabilities

| | |
|---|---|
| Accrued Interest | 1,997.26 |
| Promissory Note | 75,000.00 |
| Convertible Debt | 500,000.00 |
| **Total Long Term Liabilities** | **576,997.26** |
| **Total Liabilities** | **1,441,589.85** |

### Equity

| | |
|---|---|
| Current Year Earnings | (2,028,144.82) |
| Common Stock | 1,000.00 |
| Retained Earnings | (3,655,774.60) |
| Series 1 Equity Round | 800,000.00 |
| Series 2 Equity Round | 3,743,537.06 |
| **Total Equity** | **(1,139,382.36)** |
| **Total Liabilities and Equity** | **302,207.49** |

**Fill in this information to identify the case and this filing:**

Debtor Name ___ **Sensitive Home Inc.** _____

United States Bankruptcy Court for the: _____ District of **DE** ____
 (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~No/9/22~~ **November 8, 2022**        ✗ _____
                                          19A1BA128F7A421
                                          Signature of individual signing on behalf of debtor

                                          Mr. Kevin Cohen
                                          **STUART DAWSON CHRISP**
                                          **Director**
                                          **Restructuring Advisor/Consultant**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of __Delaware__

**In re**

      **Sensitive Home Inc.**

Case No. _____

**Debtor**

Chapter __11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__$675/hr billed hourly.__

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ __$40,000.00 retainer__

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__To be supplied__ upon reconcillation

2.  The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor    ☒ Other (specify)

               **Retainer**

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    **Per Engagement Letter**

B2030 (Form 2030) (12/15)

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Per Engagement Letter**

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>_____</td><td>_____</td></tr>
<tr><td><em>Date</em></td><td><em>Signature of Attorney</em></td></tr>
<tr><td></td><td>_____<br>**Billion Law**<br><em>Name of law firm</em></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name ___Sensitive Home Inc._____

United States Bankruptcy Court for the:_____ District of __DE___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Business Essentials Checking | Account | ____ x4780 ____ | $_____ 30695.99 |
| 3.2. | | ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ — $_____
   4.2. _____ — $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $___30695.99_____

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. **Doty Barlow Retainer**_____ — $___15,000.00_____
   7.2._____ — $_____

Debtor   **Sensitive Home Inc.**                              Case number *(if known)*_____
　　　　　Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  Prepaid Expenses: Various Vendors _____  $_____22,821.93_____

8.2.  _____  $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          $_____37,821.93_____

---

## Part 3:　Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:　____48,186.99____  –  _____  = ........➔  $_____48,186.99_____
　　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　_____  –  _____  = ........➔  $_____
　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $____48186.99____

---

## Part 4:　Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:　　　　　　　　　　　　　　% of ownership:

15.1. _____  _____%  _____  $_____

15.2. _____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $_____

16.2. _____  _____  $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $_____

---

Debtor   <u>Sensitive Home Inc.</u>                                    Case number *(if known)*_____
          Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials**<br>_____ | ____ / ____ / ____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** **Work in progress**<br>_____ | ____ / ____ / ____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale**<br>Products ready for market | ____ / ____ / ____<br>MM / DD / YYYY | $____151,423 | _____ | $____151,423 |
| **22.** **Other inventory or supplies**<br>_____ | ____ / ____ / ____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$____151,423

**24.** **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Sensitive Home Inc.
                Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    <u>Sensitive Home Inc.</u>                                    Case number *(if known)* _____
                Name

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                    $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor     Sensitive Home Inc.                                          Case number *(if known)*_____
           Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>   Patent | $ 47,114.59 | _____ | $  47,114.59 |
| 61. **Internet domain names and websites**<br>_____ | $_____ | | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>   Customer Lists | $ Unknown | | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>   Global Trademarks | $ Unknown | | $ Unknown |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  47,114.59

Debtor  **Sensitive Home Inc.**                                   Case number *(if known)*_____
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____  _____ = ➜  $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                              $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              $_____

Nature of claim        _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              $_____

Nature of claim        _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____                              $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

                                                              1964.9
**Amazon related payments receivable**                         $_____

_____                              $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                  $  **1964.99**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    <u>Sensitive Home Inc.</u>                                      Case number *(if known)*_____
            Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 30695.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 37821.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 48186.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 151423 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................➜ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 47114.59 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 1964.99 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 317207.49 | **+** 91b. $ 317207.49 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .........................................    $ 317207.49

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 8

**Fill in this information to identify the case:**

Debtor name __Sensitive Home  Inc.__

United States Bankruptcy Court for the: _____ District of __DE__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** Creditor's name | Describe debtor's property that is subject to a lien | $ 97,273.58 | $ 317207.49 |

Dave Chambers
7F Maunsell Rd
Parnell, Aucklad 1052

Blanket UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred __4/1/21__

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __Subordinated Secured Notes__

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Pari Passu with all other Subordinated Secured
Notes & Junior to Secured Convertible Notes

| | | | |
| --- | --- | --- | --- |
| **2.2** Creditor's name | Describe debtor's property that is subject to a lien | 97,273.58 | 317207.49 |

Grant Leach
1 Martin Ave
Remuera, Auckland 1050

Blanket UCC Lien

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Date debt was incurred __4/1/21__

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __Subordinated Secured Notes__

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines __3.1__

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ __796479.45__

Debtor **Sensitive Home Inc.**
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._** | Creditor's name

**Describe debtor's property that is subject to a lien**

$ 97,273.58          $ 317207.49

Stuart Chrisp
c/o Living Clean NZ Limited
PO Box 454, Shortland St.
Auckland 1140 New Zealand

Blanket UCC Lien

_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** _4/1/21_

**Last 4 digits of account number** _Subordinated Secured Notes_

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☒ Yes. The relative priority of creditors is specified on lines _3.1_

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** | Creditor's name

**Describe debtor's property that is subject to a lien**

$ 250,984.74          $ 317207.49

Mario M. De La Guardia
1417 Sadler Road, #334
Fernadina Beach, FL 32034

Blanket UCC Lien

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _11/7/22_

**Last 4 digits of account number** _Secured Convertible Note_

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☒ Yes. The relative priority of creditors is specified on lines _3.1_

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Sensitive Home Inc.**
_____    Case number _(if known)_ _____
Name

| Part 1: | Additional Page | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---------|-----------------|--------------------|--------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Describe debtor's property that is subject to a lien

–$ 50,123.29        $ 317207.49

Living Clean NZ Limited
PO Box 454, Shortland St.
Auckland 1140 New Zealand

Blanket UCC Lien

_____

Is the creditor an insider or related party?
☐ No
☒ Yes

**Date debt was incurred**    11/7/22
**Last 4 digits of account number**    Secured Convertible Note

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☒ Yes. The relative priority of creditors is specified on lines 3.1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2._** Creditor's name

Describe debtor's property that is subject to a lien

–$ 102,153.42        $ 317207.49

M3D Family Investments, LLC
1417 Sadler Road, Suite 334
Fernadina Beach, FL 32034

Blanket UCC Lien

**Creditor's email address, if known**
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred**    11/7/22
**Last 4 digits of account number**    Secured Convertible Note

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☒ Yes. The relative priority of creditors is specified on lines 3.1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Sensitive Home Inc.
        Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2._** Creditor's name

Describe debtor's property that is subject to a lien

-$ 101,397.26          $ 317207.49

Blanket UCC Lien

Innovation Partners of America

_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Date debt was incurred    11/7/22
Last 4 digits of account number    Secured Convertible Note

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines 3.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

Describe debtor's property that is subject to a lien

_____    $_____    $_____

Creditor's mailing address

_____

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

Debtor    Sensitive Home Inc.
_____

United States Bankruptcy Court for the: _____ District of __DE__
                                                                              (State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

Suzanne Sengelmann
1447 Laguna Ave
Burlingame, CA 94010

**Date or dates debt was incurred**
2021-22
_____

**Last 4 digits of account**
number ____ civ2202754
   CA: Marin Co. Superior Court
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_)

As of the petition filing date, the claim is:   $ __Unliquidated__   $ __Unliquidated__
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
_Lawsuit_

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address

Roberta Greenspan
2602 Newlands Ave
Belmont, CA 94002

_____

**Last 4 digits of account**
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_)

As of the petition filing date, the claim is:   $ __Unliquidated__   $ __Unliquidated__
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
_Wages_

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.3** | Priority creditor's name and mailing address

Michele Hall
5300 Mercer Street number 10
Houston, TX 77005

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is:   $ __Unliquidated__   $ __Unliquidated__
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
_Wages_

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Sensitive Home Inc.
_____    Case number (if known)_____
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     $ ___Unliquidated___
Check all that apply.

        Suzanne Sengelmann
        1447 Laguna Ave
        Burlingame, CA 94010

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: ___Lawsuit___

Date or dates debt was incurred    _2021-22_

Is the claim subject to offset?

Last 4 digits of account number    _civ2202754_
        CA: Marin Co. Superior Court

☒ No
☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     $ ___1,167.48___
Check all that apply.

        Brex
        12832 Frontrunner Blvd, Suite 500
        Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Credit Card___

        Ongoing/
        Revolving
Date or dates debt was incurred    _LOC_

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     $ ___42,182.40___
Check all that apply.

        Doty Barlow Britt & Thieman LLP
        260 Sheridan Avenue Suite 200
        Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Legal Svcs.___

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     $ ___55,240.11___
Check all that apply.

        Datapak Services Corporation
        1000 Austin Court
        Howell, MI 48843

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Drop Shipping___

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

**3.5**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     $ ___$58,094.00___
Check all that apply.

        Rob Lowe
        4 Marisol Street
        Rancho Mission Viejo, CA 92694

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Financial Svcs___

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

**3.6**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     $ ___875.00___
Check all that apply.

        Moore & Van Allen PLLC
        100 N. Tryon Stree, Suite 4700
        Charlotte, NC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Financial Svcs___

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

Debtor  Sensitive Goods, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

The Creative Pack, LLC
1721 Artesia Blvd, Suite D
Manhattan Beach, CA 90266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,325.00

**3.2** Nonpriority creditor's name and mailing address

Red Lime Creative
1039 Overlook Road
Mendota Heights, MN 55118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,556.80

**3.3** Nonpriority creditor's name and mailing address

Precision Label
659 Benet Road
Oceanside, CA 92058

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,518.93

**3.4** Nonpriority creditor's name and mailing address

Gary Batara
2844 Milo Way
San Ramon, CA 94583

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,300.00

**3.5** Nonpriority creditor's name and mailing address

Surfergirl Inc.
92 Grove Street
New York City, NY 10014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,000.00

Debtor  Sensitive Contract22 _____    Case number (if known) _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.6** Nonpriority creditor's name and mailing address

D&V Philippines Outsourcing Inc
6766 Ayala Avenue 23rd Floor, Tower 2
The Enterprise Center, Makati, Philippines

As of the petition filing date, the claim is:     $ _____740.00_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.7** Nonpriority creditor's name and mailing address

Innovation Liberation Front
56A Jellicoe Drive
Hamilton, Hamilton New Zealand

As of the petition filing date, the claim is:     $ _____8,001.94_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.8** Nonpriority creditor's name and mailing address

Revolution IT
774 Great South Road,
Penrose, Auckland 1061 New Zealand

As of the petition filing date, the claim is:     $ _____1,446.33_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.9** Nonpriority creditor's name and mailing address

iD Commerce + Logistics
27 Main Street Unit C 303B
Edwards, CO 81632

As of the petition filing date, the claim is:     $ _____24,151.59_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**3.10** Nonpriority creditor's name and mailing address

NSF International
Dept. Lockbox 771380 PO Box 77000
Detroit, MI

As of the petition filing date, the claim is:     $ _____9,425.00_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor _____ Sensitive Creditor
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.11** Nonpriority creditor's name and mailing address

Double D Warehouse
4800 INDUSTRIAL BLVD
Peru, IL 61354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,245.00

---

**3.12** Nonpriority creditor's name and mailing address

Sherri Smith
665 Manhattan Drive Unit 4
Boulder, CO 80303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,037.5

---

**3.13** Nonpriority creditor's name and mailing address

Current Haus
412 N. Main Street, Ste 100
Buffalo, WY 82834

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,940.00

---

**3.14** Nonpriority creditor's name and mailing address

EPA Marketing LLC
1621 Central Avenue
Cheyenne, WY 82001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,364.83

---

**3.15** Nonpriority creditor's name and mailing address

Geetha Solheim Consulting LLC
2956 Carlsen Street
Oakland, CA 94602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,337.5

Debtor _____Sensitive Gradient22_____
        Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.16** **Nonpriority creditor's name and mailing address**

CH Robinson
P.O. Box 9121
Minneapolis, MN 55480

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ _____2,755.35

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**

Propac
683 Vivian Drive
Livermore, CA 94550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____1,375.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

1Worldsync Inc.
Department 781341 PO Box 78000
Detroit, MI 48278-1341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____900.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

The Data Council LLC
15310 Barranca Parkway
Irvine, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____735.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

Kuda Express
Corp 40577 Albrea St, Suite E
Fremont, CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____500

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____  
Sensitive Ganet Faz  
Name

Case number *(if known)* _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

Allison McCraner
15208 Washington Street
Tustin, CA 92782

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ _____75.00

---

**3.22** Nonpriority creditor's name and mailing address

WinMark Business Solutions Outsourcing, LLC
5523 Chester Gate Ct,
Mason, OH 45040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ _____50.00

---

**3.23** Nonpriority creditor's name and mailing address

Dynamic Presence LLC
12 Executive Court
South Barrington, IL 60010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ _____27,000.00

---

**3.24** Nonpriority creditor's name and mailing address

National Psoriasis Foundation
6600 SW 92nd Avenue, Suite 300
Portland, OR 97223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ _____15,000

---

**3.25** Nonpriority creditor's name and mailing address

National Eczema Association
505 San Marin Dr Suite B300
Novato, CA 94945

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

$ _____2,500.00

---

Debtor    Sensitive Galactic...

Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.26** Nonpriority creditor's name and mailing address

Greg van Buskirk
65 Panorama Court
Danville, CA 94506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$_____ 31,740.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Suzanne Sengelmann
1447 Laguna Ave
Burlingame, CA 94010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____ 61,620.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Roberta Greenspan
2602 Newlands Ave
Belmont, CA 94002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

$_____ 45,384.61

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.29**

---

**3.30** Nonpriority creditor's name and mailing address

Michele Hall
5300 Mercer Street number 10
Houston, TX 77005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

$_____ 14,781.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

Debtor _____ Sensitive content...
Name

Case number (if known) _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.31** Nonpriority creditor's name and mailing address

SageWay Solutions
65 Panorama Court
Danville, CA 94506

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ _____75,000.00

Basis for the claim: __Novation__

Date or dates debt was incurred    April 30, 2021

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Shopify
Legal Department
151 O'Connor Street Ground Floor
Ottawa, Ontario K2P 2L8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____1,748.30

Basis for the claim: ____Sales Tax____

Date or dates debt was incurred    __Ongoing__

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____
       Sensitive Redacted
       Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Renaker Hasselman Scott LLP<br>235 Montgomery St #944<br>San Francisco, CA 94104 | Line __1__<br>☐ Not listed. Explain _____ | _civ2202754___<br>CA: Marin Co. Superior Court |
| 4.2. Timothy Fafinski<br>Corporate Counsel PA<br>3411 Brei Kessel | Line __16__<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor ___Sensitive Home Inc._____    Case number *(if known)*_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $_____0.00_____ |
| 5b. **Total claims from Part 2** | 5b. | **+** $_____537113.67_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $_____537113.67_____ |

**Fill in this information to identify the case:**

Debtor name    **Sensitive Home Inc.**

United States Bankruptcy Court for the: _____ District of **DE** _____
                                                                                (State)

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Accounting Services<br>Debtor is a customer | D&V Philippines,<br>22nd Floor Tower 1<br>One Ayala Corporate Center<br>Ayala Avenue<br>Makati City, Philippines |
| State the term remaining<br>List the contract number of any government contract | Annual contract subject to renewal | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | CGL Policy<br>Debtor is insured | Hub Int'l Ins. Services, Inc (Concord)<br>C/O Burns & Wilcox Ins. Services<br>101 California Street<br>Ste. 975<br>San Francisco, CA 94111 |
| State the term remaining<br>List the contract number of any government contract | Valid & Paid through 9/30/23 | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Sensitive Home Inc.

United States Bankruptcy Court for the: _____ District of __DE__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____**Sensitive Home Inc.**_____

United States Bankruptcy Court for the: _____ District of ___**DE**___
                                                                (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _1/1/22_ to _10/22_<br>MM / DD / YYYY    Filing date | ☒ Operating a business<br>☐ Other _____ | $___308,645.19___ |
   | **For prior year:** | From _1/1/21_ to _12/31/21._<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $___203,081.00___ |
   | **For the year before that:** | From _1/1/20_ to _12/31/20._<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $___393,221.00___ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor    **Sensitive Home Inc.**             Case number *(if known)*_____
<br>        Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |

As set forth on Schedule 3 hereto.

|  |  |  |  |
|---|---|---|---|
| | | | ❑ Unsecured loan repayments |
| _____ | | | ❑ Suppliers or vendors |
| Street | _____ | | ❑ Services |
| _____ | | | ❑ Other _____ |
| City     State    ZIP Code | _____ | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |

As set forth on Schedule 4 hereto.

| | | | | |
|---|---|---|---|---|
| 4.2. | | | | |
| | _____ | _____ | $_____ | _____ |
| | Insider's name | | | |
| | _____ | _____ | | _____ |
| | Street | | | |
| | _____ | _____ | | _____ |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

Debtor  **Sensitive Home Inc.**
_____
Name

Case number *(if known)*_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | _____ | _____ | $_____ |
| | _____ Street | _____ | | |
| | _____ | _____ | | |
| | _____ City          State        ZIP Code | | | |
| 5.2. | _____ Creditor's name | _____ | _____ | $_____ |
| | _____ Street | _____ | | |
| | _____ | _____ | | |
| | _____ City          State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City          State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sengelmann v. Sensitive Home, Inc.** | Violation of CA Labor Code; Breach of Contract; Breach of Implied Covenant of Good Faith & Fair Dealing | SUPERIOR COURT OF CALIFORNIA COUNTY OF MARIN 3501 Civic Center Drive San Rafael, CA 94903 | ☒ Pending ☐ On appeal ☐ Concluded |
| | **Case number** CIV 2202754 | | | |

| | Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Case title** _____ | _____ | _____ Name | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | _____ Street _____ City          State        ZIP Code | |

Debtor      **Sensitive Home Inc.** _____    Case number *(if known)*_____
            Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| _____ | _____ | Name |
| City      State      ZIP Code | **Case number** | Street |
| | | City      State      ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City      State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City      State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor  Sensitive Home Inc. _____    Case number *(if known)*_____
        Name

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   BILLION LAW _____ | _____ | 10/17/22 | $40,000.00 |
| **Address** | _____ | | |
| 1073 S. Governors Ave. ____ | | | |
| Street | | | |
| Dover, DE 19904 _____ | | | |
| City     State    ZIP Code | | | |
| **Email or website address** | | | |
| markbillion@billionlaw.com ___ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City     State    ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **5**

Debtor   **Sensitive Home Inc.**
_____
Name

Case number *(if known)*_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Street _____ | | From _____ | To _____ |
| | City _____ State ___ ZIP Code | | | |
| 14.2. | Street _____ | | From _____ | To _____ |
| | City _____ State ___ ZIP Code | | | |

---

Debtor    `Sensitive Home Inc.`
Name

Case number (if known)_____

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.   `Contact information, website history, order history`

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes   `https://sensitivehome.com/policies/privacy-policy`

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor     Sensitive Home Inc.
           _____     Case number (if known)_____
           Name

---

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Double D Warehouse - IL<br>Sigan America - IL<br>Datapak Warehouse - MI<br>Symbia Logistics - IL | Debtors<br><br>Address<br>_____<br>_____ | Inventory | ☐ No<br>☒ Yes |

---

Debtor   **Sensitive Home Inc.** _____     Case number *(if known)* _____
          Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor  **Sensitive Home Inc.**
_____
Name

Case number *(if known)*_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____   To _____ |

---

Debtor    **Sensitive Home Inc.**
          _____
          Name

Case number *(if known)*_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **D&V Philippines,**<br>**22nd Floor Tower 1**<br>**One Ayala Corporate Center**<br>**Ayala Avenue**<br>**Makati City, Philippines** | From _____  To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Robert Lowe**<br>**336 Bon Air Center, # 515**<br>**Greenbrae, CA 94904** | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None **NB: All such statements were collected by the team listed in Part 26a.**

| Name and address | Dates of service |
|---|---|
| 26b.1. Name _____<br>Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | From _____  To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. Name _____<br>Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Doty Barlow Britt & Thieman LLP**<br>**260 Sheridan Avenue, Suite 200**<br>**Palo Alto, CA 94306-2009** | _____<br>_____<br>_____ |

Debtor     __Sensitive Home Inc._____     Case number *(if known)*_____
           Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | _____ | | _____ |
| | Name | | _____ |
| | Street | | _____ |
| | _____ | | |
| | City          State          ZIP Code | | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address | |
|---|---|
| 26d.1. | _____ |
| | Name |
| | Street |
| | _____ |
| | City          State          ZIP Code |

| Name and address | |
|---|---|
| 26d.2. | _____ |
| | Name |
| | Street |
| | _____ |
| | City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Periodic inventories are taken by the warehouses storing the Debtor's goods. | | |

| Name and address of the person who has possession of inventory records | |
|---|---|
| 27.1. | __Debtor__ |
| | Name |
| | Street |
| | _____ |
| | City          State          ZIP Code |

Debtor    **Sensitive Home Inc.**
_____
Name

Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name

_____
Street

_____
City                                        State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

Alastair MacColl Dorward / 27 Maple Ave, Kentfield, CA 94904, USA / Director
Stuart Dawson Chrisp / 2/760 Remuera Rd, Remuera, Auckland 1050 / Director
Grant Davis Leach / 1 Martin Ave, Remuera, Auckland 1050 / Director

The Directors hold their shares in SHI via Living Clean NZ so do not have direct holdings in SHI with the exception of Mr. Dorward who owns 5,411 Preference Shares that were issued to him in exchange for services he provided to the company. Mr. Dorward also has 35,000 Non-Qualified Stock Options under the SHI Stock Incentive Plan which are exercisable until 5 Oct 2031.

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David John Chambers | 7F Maunsell Rd, Parnell, Auckland 1052 | Director | From 4/20  To  7/22 |
| _____ | _____ | _____ | From _____  To _____ |
| _____ | _____ | _____ | From _____  To _____ |
| _____ | _____ | _____ | From _____  To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **See Schedule 4**<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State       ZIP Code<br>**Relationship to debtor**<br><br>_____ | _____ | _____<br><br>_____<br><br>_____<br><br>_____<br><br>_____ | _____ |

Debtor   **Sensitive Home Inc.**                                    Case number *(if known)*_____
_____
Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ |
| | Name | | _____ | |
| | _____ | | | |
| | Street | | _____ | |
| | _____ | | | |
| | _____ | | _____ | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | _____ | |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/9/22
                MM / DD / YYYY

✗ _____           Printed name   STUART DAWSON CHRISP
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor   Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

| Schedule 3 | | | | |
|---|---|---|---|---|
| **Entity** | **Total Payments** | | **Total Paid** | **191363.01** |
| Datapak | 28,236.48 | | | |
| Dynamic Presence LLC | 9000 | | | |
| Brex CC | 11,455.91 | | | |
| Anthem Benefits | 27,670.65 | | | |
| Roberta Greenspan | 24,999.99 | | | |
| Brian Lynch | 49,999.98 | | | |
| Suzanne Sengelmann | 10,000.00 | | | |
| Rob Lowe | 30000 | | | |

Lowe, Robert
Insider/Services Provided

| CONFIRMATION # | INVOICE # | PROCESS DATE | CURRENCY | AMOUNT | PAY METHOD | STATUS |
|---|---|---|---|---|---|---|
| P22100701 - 0052566 | 217 | 10/11/2022 | USD | 4,215.00 | ePayment | CLEARED |
| P22100701 - 0050937 | 198 | 10/11/2022 | USD | 15,785.00 | ePayment | CLEARED |
| P22081601 - 6498189 | 209 | 08/17/2022 | USD | 10,000.00 | ePayment | CLEARED |

Total         30,000.00

| Datapak | | | | |
|---|---|---|---|---|
| Drop Shipping | | | | |
| | | | | |
| 16 Aug 2022 | Datapak Payme | 5,090.71 | | |
| 17 Aug 2022 | Datapak Payme | 312.44 | | |
| 17 Aug 2022 | Datapak Payme | 770.70 | | |
| 17 Aug 2022 | Datapak Payme | 1,079.11 | | |
| 17 Aug 2022 | Datapak Payme | 1,636.87 | | |
| 17 Aug 2022 | Datapak Payme | 1,241.27 | | |
| 8/16/2022 | Datapak Servic | 5090.71 | | |
| 8/17/2022 | Datapak Servic | 5040.39 | | |
| 9/8/2022 | Datapak Servic | 7974.28 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | 28,236.48 |

| | | | |
|---|---|---|---|
| Dynamic Presence LLC* | | | |
| CPG brokerage service provider | | | |
| | | | |
| 8/15/2022 | Dynamic Presence LLC* | 4500 | |
| 8/17/2022 | Dynamic Presence LLC* | 4500 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total** | **9000** |

| Brex Credit Card | | | |
|---|---|---|---|
| | | | |
| | | | |
| 18 Jul 2022 | Brex CC Payment | 3,674.56 | |
| 18 Aug 2022 | Brex CC Payment | 4,989.24 | |
| 19 Sep 2022 | Brex CC Payment | 2,792.11 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total** | **11,455.91** |

| Anthem Benefits | | | |
|---|---|---|---|
| Insurance | | | |
| | | | |
| 25 Jul 2022 | Anthem Benefits | 8,087.24 | |
| 17 Aug 2022 | Anthem Benefits | 8,087.24 | |
| 25 Aug 2022 | Anthem Benefits | 5,859.18 | |
| 16 Sep 2022 | Anthem Benefits | 5,636.99 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total** | **27,670.65** |

| Greenspan, Roberta | | | |
|---|---|---|---|
| Payroll (Employee) | | | |
| | | | |
| 60/15/2022 - 07/1/2022 | 07/15/2022 | USD | 8,333.33 |
| 07/16/2022 - 07/31/2022 | 08/16/2022 | USD | 8,333.33 |
| 08/01/2022 - 08/15/2022 | 08/16/2022 | USD | 8,333.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **Total** | **24,999.99** |

| Lynch, Brian | | | | |
|---|---|---|---|---|
| Payroll (Employee) | | | | |
| | | | | |
| 60/15/2022 - 07/1/2022 | | 07/15/2022 | USD | 8,333.33 |
| 07/16/2022 - 07/31/2022 | | 08/16/2022 | USD | 8,333.33 |
| 08/01/2022 - 08/15/2022 | | 08/16/2022 | USD | 8,333.33 |
| 08/16/2022 - 08/31/2022 | | 10/13/2022 | USD | 8,333.33 |
| 09/01/2022 - 09/15/2022 | | 10/13/2022 | USD | 8,333.33 |
| 09/16/2022 - 09/30/2022 | | 10/13/2022 | USD | 8,333.33 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total** | **49,999.98** |

| Sengelmann, Suzanne Payroll (Employee) | | | | |
|---|---|---|---|---|
| | | | | |
| Off Cycle | | 08/19/2022 | USD | 10,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total** | **10,000.00** |

| Schedule 3 | | | | |
|---|---|---|---|---|
| **Entity** | **Total Payments** | | **Total Paid** | **34483.69** |
| Alastair Dorward | 200.00 | | | |
| Stuart Chrisp | 5,000.00 | | | |
| Greg Van Buskirk | 29,283.69 | | | |

Van Buskirk, Greg
Insider/Services Provided

| CONFIRMATION # | INVOICE # | PROCESS DATE | CURRENCY | AMOUNT | PAY METHOD | STATUS |
|---|---|---|---|---|---|---|
| P22052301 - 4061999 | 5232022 | 5/24/2022 | USD | 2,273.12 | ePayment | CLEARED |
| P22040401 - 0514106 | 3/28/2022 | 4/5/2022 | USD | 1,175.80 | ePayment | CLEARED |
| P22032301 - 7685692 | 4/1/2022 | 3/24/2022 | USD | 5,000.00 | ePayment | CLEARED |
| P22030301 - 2456317 | 3/1/2022 | 3/4/2022 | USD | 5,000.00 | ePayment | CLEARED |
| P22020201 - 5057362 | 2/1/2022 | 2/3/2022 | USD | 5,000.00 | ePayment | CLEARED |
| P22011401 - 0994126 | 1142022 | 1/18/2022 | USD | 2,500.00 | ePayment | CLEARED |
| P22011001 - 9362080 | 1/1/2022 | 1/11/2022 | USD | 2,500.00 | ePayment | CLEARED |
| P21120601 - 0673428 | 12/2/2021 | 12/7/2021 | USD | 3,334.77 | ePayment | CLEARED |
| P21110201 - 1587039 | 11/1/2021 | 11/3/2021 | USD | 2,500.00 | ePayment | CLEARED |

**Total**          **29,283.69**

Crisp, Stuart
Insider/Services Provided

| CONFIRMATION # | INVOICE # | PROCESS DATE | CURRENCY | AMOUNT | PAY METHOD | STATUS |
|---|---|---|---|---|---|---|
| P21111601 - 5512292 | 10/1/2021 | 11/12/2021 | USD | 5,000.00 | Other | Processed |

| | Total | 5,000.00 |
|---|---|---|

Doty Barlow (General Counsel; Partner is married to director)
October 2022            $15,000  November 202

Dorward, Alastair
Insider/Services Provided

| CONFIRMATION # | INVOICE # | PROCESS DATE | CURRENCY | AMOUNT | PAY METHOD | STATUS |
|---|---|---|---|---|---|---|
| P21122201 - 5525378 | 12/1/2021 | 12/23/2021 | USD | 100.00 | ePayment | CLEARED |
| P21110201 - 1587026 | 11/1/2021 | 11/3/2021 | USD | 100.00 | ePayment | CLEARED |

**Total** **200.00**

```
┌─────────────────────────────────────────────────────────────┐
│ Fill in this information to identify the case:                │
│                                                               │
│  Debtor name      Sensitive Home Inc.                         │
│                 _____       │
│                                                               │
│  United States Bankruptcy Court for the:_____ District of __DE__ │
│                                                          (State)          │
│  Case number (If known):    _____           │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

---

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................     $ _____0.00_____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................     $ ___317207.49___

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................     $ ___317207.49___

---

### Part 2:    Summary of Liabilities

---

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............     $ ___796479.45___

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................     $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .............     + $ ___537113.67___

4.  **Total liabilities**..................................................................................................     $ ___1333593.12___
    Lines 2 + 3a + 3b